```
                                    United States Bankruptcy Court
                                       Northern District of Ohio
In re:                                                                             Case No. 03-23293-aih
Arter&Hadden                                                                       Chapter 7
Petitioning Creditors
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0647-1              User: ejone              Page 1 of 16            Date Rcvd: Apr 20, 2020
                                  Form ID: 140             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cl             +E-mail/Text: amelone@asset-recovery.net Apr 20 2020 22:46:11      Asset Recovery Trust,
                 c/o Stephen E. Auch,   PO Box 4296,   Costa Mesa, CA 92628-4296
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Alan P DiGirolamo    on behalf of Defendant    Lutheran Hospital adigirolamo@bdblaw.com,
               kdiiorio@bdblaw.com
              Amy L. Good    on behalf of U.S. Trustee    United States Trustee amy.l.good@usdoj.gov
              Barbara   Mandell    on behalf of Creditor Dee Ann Murdock bjm@gilbertkelly.com
              Barbara   Mandell    on behalf of Debtor    Arter&Hadden bjm@gilbertkelly.com
              Barbara   Mandell    on behalf of Defendant    Interinsurance Exchange for the Automobile Club
               bjm@gilbertkelly.com
              Benjamin W. Ogg    on behalf of Defendant    Reliant Services, Inc. bwo@manleydeas.com
              Beth Ann Schenz    on behalf of Creditor    Applied Laser Technologies bkecf@huntington.com
              Brent M Buckley    on behalf of Defendant    The Huntington National Bank buckley@bucklaw.com,
               anderson@buckleyking.com
              Brian A. Bash    on behalf of Interested Party Robert H. Bradford BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Dennis D. Grant BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Brian W. FitzSimons BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Charles L. Perry BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party James M. Groner BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Donald A. Davies BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Victor  Zanetti, P.C. BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Richard D. Brooks BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party William L. Rivers BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Stephen M. Finley BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Dane  Stinson BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Ed E. Duncan BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Danny L. Cvetanovich BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Victor B. Zanetti BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Robert R. Eblin BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party William L Rivers, PC BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party William  Compton, P.C. BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Daniel A. Bailey BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party D. David Carroll BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Mark S. Solomon BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Stephen M Finley, PC BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Gary S. Batke BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Michael P. Mahoney BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party J David Washburn, PC BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party   Andrews Kurth LLP BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Robert R. Dunn BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party R. Stacy Lane BBash@bakerlaw.com
              Brian A. Bash    on behalf of Interested Party Nancy J. Manougian BBash@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Brian A. Bash    on behalf of Interested Party Donald G. Paynter BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party James G. Ryan BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party William A. Adams BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Katherine B. Bowman BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party William G. Compton BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Charles L Perry, PC BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Joseph  Hoffman, PC BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Yvette A. Cox BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Joseph  Hoffman BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Nick V. Cavalieri BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Daniel R. Hackett BBash@bakerlaw.com
Brian A. Bash    on behalf of Interested Party Michael  Goodstein BBash@bakerlaw.com
Brian J. Halligan    on behalf of Defendant    Universal Enterprises, Inc.
 bhalligan@halliganlanglaw.com, VLang@halliganlanglaw.com
Brian J. Halligan    on behalf of Defendant    RGR Technologies, Inc. bhalligan@halliganlanglaw.com,
 VLang@halliganlanglaw.com
Brian J. Halligan    on behalf of Defendant Ralph G Ridenour bhalligan@halliganlanglaw.com,
 VLang@halliganlanglaw.com
Brian Jacob Dilks    cmecf@dilksknopik.com, dilksknopik@ecf.courtdrive.com
Bruce H Wilson    on behalf of Mediator Bruce H. Wilson BruceWilsonEsq@aol.com
Bruce J.L. Lowe    on behalf of Defendant    PS Sook, Ltd. blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant    The Irvine Company blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant    Hamburger Mary's International LLC blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant    Senior Living Enterprises blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Creditor    The Irvine Company blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant Dr. T. William  Evans blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bryan J Farkas    on behalf of Interested Party Gerald  Fisher bjfarkas@vorys.com,
 bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
Carl E. Black    on behalf of Attorney    Jones Day ceblack@jonesday.com
Charles E. Bobinis    on behalf of Plaintiff Marc P. Gertz cbobinis@bobinis.com
Charles E. Bobinis    on behalf of Trustee Marc P. Gertz cbobinis@bobinis.com
Christine M Pierpont    on behalf of Defendant Thomas E. McClendon cpierpont@ssd.com
Christine M Pierpont    on behalf of Defendant Thomas E.  McClendon, P.C. cpierpont@ssd.com
Christine M Pierpont    on behalf of Defendant    HBR Technologies cpierpont@ssd.com
Christopher A Conley    on behalf of Defendant John  Workman cconley@campbellwoods.com
Christopher A Conley    on behalf of Defendant    Workman & Sons Plumbing, LLC
 cconley@campbellwoods.com
Christopher J. Freeman    on behalf of Creditor Erika  Peterson chris@chrisfreemanlaw.com,
 cjf@standardlegal.com;freemancr86886@notify.bestcase.com
Christopher W Peer    on behalf of Creditor    St. Paul Surplus Lines Insurance Company
 cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant    Sikorsky Aircraft cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    Carrier Corporation cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    Nutmeg Insurance Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    Hamilton Sundstrand cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant    Hamilton Sundstrand cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant    United Technologies Corporation
 cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    Sikorsky Aircraft cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor Thomas V. Chema cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    Columbia Casualty Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    St. Paul Surplus Lines Insurance Co.
 cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant    Otis Elevator Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    Steadfast Insurance Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant    Pratt & Whitney cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor    Otis Elevator Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant    Carrier Corproation cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Christopher W Peer    on behalf of Defendant    St. Paul Surplus Lines Insurance Company
               cpeer@wickenslaw.com,   docket@wickenslaw.com;mmccarty@wickenslaw.com
              Christopher W Peer    on behalf of Creditor    Pratt & Whitney cpeer@wickenslaw.com,
               docket@wickenslaw.com;mmccarty@wickenslaw.com
              Christopher W Peer    on behalf of Defendant    Nutmeg Insurance Company cpeer@wickenslaw.com,
               docket@wickenslaw.com;mmccarty@wickenslaw.com
              Christopher W Peer    on behalf of Creditor    United Technologies Corporation cpeer@wickenslaw.com,
               docket@wickenslaw.com;mmccarty@wickenslaw.com
              Christopher W Peer    on behalf of Defendant    Columbia Casualty Company cpeer@wickenslaw.com,
               docket@wickenslaw.com;mmccarty@wickenslaw.com
              Christopher W Peer    on behalf of Defendant Thomas V. Chema cpeer@wickenslaw.com,
               docket@wickenslaw.com;mmccarty@wickenslaw.com
              Craig A. Smith    on behalf of Defendant    JRP Consulting Corp smith@ghjlaw.com
              Daniel A DeMarco    on behalf of Creditor    Main Street Partners Funding, L.P.
               dademarco@hahnlaw.com,   cmbeitel@hahnlaw.com
              Daniel J. Wenstrup    on behalf of Claimant    Estate of Ronald E. Pump djw@heiswenstrup.com,
               msw@heiswenstrup.com
              Darrell A. Clay    on behalf of Interested Party Nick V. Cavalieri dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant James G. Ryan dclay@walterhav.com,   rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Dane  Stinson dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Donald G. Paynter dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Donald G. Paynter dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Joseph  Hoffman dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Victor B. Zanetti dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Danny L. Cvetanovich dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Gary S. Batke dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Charles L Perry, PC dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant R. Stacy Lane dclay@walterhav.com,   rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interpleader Danny L. Cvetanovich dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party William  Compton, P.C. dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Katherine B. Bowman dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party William L Rivers, PC dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Robert H. Bradford dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant James M. Groner dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant    Bailey Cavalieri, LLC dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Nick V. Cavalieri dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Michael  Goodstein dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party R. Stacy Lane dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant D. David Carroll dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Robert R. Eblin dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Charles L. Perry dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Yvette A. Cox dclay@walterhav.com,   rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Dennis D. Grant dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Donald A. Davies dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Katherine B. Bowman dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Gary S. Batke dclay@walterhav.com,   rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Robert R. Dunn dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party James M. Groner dclay@walterhav.com,
               rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party    Bailey Cavalieri, LLC dclay@walterhav.com,
               rdunlap@walterhav.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Darrell A. Clay　 on behalf of Interested Party Danny L. Cvetanovich dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Defendant William A. Adams dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Donald A. Davies dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Robert R. Eblin dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Ed E. Duncan dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Defendant Nancy J. Manougian dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Nancy J. Manougian dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Defendant Dane Stinson dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Defendant Richard D. Brooks dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Defendant Daniel A. Bailey dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Michael Goodstein dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party William A. Adams dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Stephen M. Finley dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Defendant Daniel R. Hackett dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Victor Zanetti, P.C. dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Daniel A. Bailey dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Richard D. Brooks dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party James G. Ryan dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Brian W. FitzSimons dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Defendant Michael P. Mahoney dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party J David Washburn, PC dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party D. David Carroll dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Michael P. Mahoney dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Mark S. Solomon dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party William L. Rivers dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Robert R. Dunn dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Yvette A. Cox dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Joseph Hoffman, PC dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Daniel R. Hackett dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party William G. Compton dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Stephen M Finley, PC dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　 on behalf of Interested Party Dennis D. Grant dclay@walterhav.com, rdunlap@walterhav.com
    David H. Wallace　 on behalf of Defendant Thomas G. Loeffler dwallace@taftlaw.com, esleva@taftlaw.com;docket@taftlaw.com;mzbiegien@taftlaw.com
    David O. Simon　 on behalf of Defendant CGM Group, LLC david@simonlpa.com
    David S. Blocker　 on behalf of Defendant Ron Nowak dblocker@sonkinkoberna.com
    David S. Blocker　 on behalf of Defendant Masimo Corporation dblocker@sonkinkoberna.com
    Demetrios P Koutrodimos　 on behalf of Defendant Yarrow Financial Services jkoutrodimos@primcapital.com
    Dennis Niermann　 on behalf of Defendant RGR Technologies, Inc. dennis@niermannlaw.com
    Dennis Niermann　 on behalf of Defendant Ralph G Ridenour dennis@niermannlaw.com
    Dennis Niermann　 on behalf of Defendant Universal Enterprises, Inc. dennis@niermannlaw.com
    Dennis Joseph Bartek　 on behalf of Defendant Nidek, Inc. djbartek@aol.com, assist@barteklawoffice.com
    Diana M. Thimmig　 on behalf of Interested Party William S. Davis dthimmig@ralaw.com, jvarhola@ralaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Diana M. Thimmig    on behalf of Interested Party John  Tate dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party Gerald  Fisher dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party Ronald  Warner dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party Jay  Davis dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party Deborah  Feldman dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party David  Decker dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party Wayne  Grajewski dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party David  Whitten dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party William C. Staley dthimmig@ralaw.com, jvarhola@ralaw.com
      Diana M. Thimmig    on behalf of Interested Party Harriet  Welch dthimmig@ralaw.com, jvarhola@ralaw.com
      E Jane Taylor    on behalf of Defendant Mahammed  Jamjoon johnguy@neo.rr.com
      E. Mark Young    on behalf of Creditor    VMG Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Hesperia Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Rialto Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Creditor    Hesperia Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Cape Cod West, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Hauch Medical Building II, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Lake Shore Colonial Apartments, Inc. myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Pacific Physician Properties, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Creditor    Cape Cod West myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    VMG Building, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Creditor    Hauch Medical Building II myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Creditor    Rialto Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Creditor    Pacific Physician Properties myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant Dr. Gary L. Groves, M.D. myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Creditor    Aspen Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant Elias George Koury myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Creditor    Fontana Medical Plaza myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Aspen Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      E. Mark Young    on behalf of Defendant    Fontana Medical Plaza, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
      Eric T. Ray    on behalf of Defendant    Compass Bank eray@balch.com,  rmjohnson@balch.com
      Eric T. Ray    on behalf of Creditor    Compass Bank eray@balch.com,  rmjohnson@balch.com
      Eugene L. Matan    on behalf of Defendant Sandra E. Patton, ematan@mgwlaw.com
      Gregory A. Whittmore    on behalf of Creditor Stanley V Graff kearsage@msn.com
      Gregory A. Whittmore    on behalf of Respondent Richard L Hayden kearsage@msn.com
      Gregory M. Salvato    on behalf of Defendant    Rialto Medical Building, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
      Gregory M. Salvato    on behalf of Defendant    Hauch Medical Building II, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
      Gregory M. Salvato    on behalf of Defendant    VMG Building, a California General Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
      Gregory M. Salvato    on behalf of Defendant    Aspen Medical Building, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
      Gregory M. Salvato    on behalf of Defendant    Cape Cod West, a California General Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Gregory M. Salvato    on behalf of Defendant    Fontana Medical Plaza, a California General
               Partnership Calendar@Salvatolawoffices.com,
               Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
              Gregory M. Salvato    on behalf of Defendant    Pacific Physician Properties, a California General
               Partnership Calendar@Salvatolawoffices.com,
               Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
              Gregory M. Salvato    on behalf of Creditor    Aspen Medical Building
               Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
              Gregory M. Salvato    on behalf of Defendant    Hesperia Medical Building, a California Limited
               Partnership Calendar@Salvatolawoffices.com,
               Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
              Harry W. Greenfield    on behalf of Creditor    Banc One Leasing Corporation
               hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com
              Harry W. Greenfield    on behalf of Creditor    The Huntington National Bank
               hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com
              Harry W. Greenfield    on behalf of Creditor    Bank One, N.A. hgreenfield@bernsteinlaw.com,
               lyoung@bernsteinlaw.com
              Hema  Steele    on behalf of Defendant    Senior Living Enterprises steele.hema@dol.gov,
               sol.clev.docket@usdol.onmicrosoft.com
              Irving B. Sugerman    on behalf of Plaintiff Marc P. Gertz ibsugerman@brouse.com, agaul@brouse.com
              Irving B. Sugerman    on behalf of Trustee Marc P. Gertz ibsugerman@brouse.com, agaul@brouse.com
              J Douglas Drushal    on behalf of Mediator J Douglas Drushal ddrushal@ccj.com, lehman@ccj.com
              James A. Hogan    on behalf of Defendant    Diamond Brothers Five Partnership, L.P.
               jahogan@vssp.com, mjsutter@vssp.com
              James C Harman    on behalf of Creditor    Orange County Treasurer-Tax Collector
               jamesharman@coco.ocgov.com
              James L McCrystal, Jr    on behalf of Mediator James L. McCrystal, Jr. mccrystal@bqmlaw.com,
               malachin@bqmlaw.com
              James R. Russell    on behalf of Counter-Defendant Marc P. Gertz JRRussell@Goldman-Rosen.com,
               carolynn@goldman-rosen.com
              James R. Russell    on behalf of Trustee Marc P. Gertz JRRussell@Goldman-Rosen.com,
               carolynn@goldman-rosen.com
              James R. Russell    on behalf of Plaintiff Marc P. Gertz JRRussell@Goldman-Rosen.com,
               carolynn@goldman-rosen.com
              Janet A. Shapiro    on behalf of Defendant John H. Tillotson, Jr. jshapiro@shapirolawfirm.com
              Janet A. Shapiro    on behalf of Defendant    Interinsurance Exchange for the Automobile Club
               jshapiro@shapirolawfirm.com
              Janet A. Shapiro    on behalf of Defendant    Tillotson Enterprises, LLC jshapiro@shapirolawfirm.com
              Janet A. Shapiro    on behalf of Defendant    Velaszuez, Inc. jshapiro@shapirolawfirm.com
              Janet A. Shapiro    on behalf of Defendant    Interinsurance Exchange of the Automobile Club
               jshapiro@shapirolawfirm.com
              Janet A. Shapiro    on behalf of Defendant Haydee V. Tillotson jshapiro@shapirolawfirm.com
              Janet A. Shapiro    on behalf of Defendant Erik M. Tillotson jshapiro@shapirolawfirm.com
              Jayne L. Jakubaitis    on behalf of 3rd Party Plaintiff Jayne L. Jakubaitis jljak@sbcglobal.net
              Jean R. Robertson    on behalf of Accountant    ParenteBeard LLC jean@kdglegal.com,
               5footjean@gmail.com
              Jean R. Robertson    on behalf of Accountant    Parente Randolph, LLC jean@kdglegal.com,
               5footjean@gmail.com
              Jeff P. Prostok    on behalf of Defendant    Engenium Corporation jpp@forsheyprostok.com,
               dkircher@forsheyprostok.com
              Jeff P. Prostok    on behalf of Defendant Gus  Stearns jpp@forsheyprostok.com,
               dkircher@forsheyprostok.com
              Jeffrey C. Toole    on behalf of Creditor    Bank One, N.A. jtoole@bernsteinlaw.com,
               lyoung@bernsteinlaw.com
              Jeffrey C. Toole    on behalf of Plaintiff    JPMORGAN CHASE BANK, N.A. successor by merger to BANK
               ONE, NA jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
              Jeffrey C. Toole    on behalf of Creditor    The Huntington National Bank jtoole@bernsteinlaw.com,
               lyoung@bernsteinlaw.com
              Jeffrey C. Toole    on behalf of Creditor    Banc One Leasing Corporation jtoole@bernsteinlaw.com,
               lyoung@bernsteinlaw.com
              Jeffrey C. Toole    on behalf of Plaintiff    THE HUNTINGTON NATIONAL BANK jtoole@bernsteinlaw.com,
               lyoung@bernsteinlaw.com
              Jeffrey C. Toole    on behalf of Creditor    JPMorgan Chase Bank, NA (successor by merger to Bank
               One, NA (principle office (Columbus)) jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
              Jeffrey M. Levinson    on behalf of Interested Party    International Coffee & Tea, LLC
               jml@jml-legal.com
              Jeffrey M. Levinson    on behalf of Defendant    International Coffee & Tea LLC jml@jml-legal.com
              Jeffrey M. Levinson    on behalf of Defendant    Translogic Technology, Inc. jml@jml-legal.com
              Jeffrey W Krueger    on behalf of Defendant    Pfizer, Inc. jwkrueger@jwk-law.com
              Jeffrey W Krueger    on behalf of Defendant    American Optical Corp jwkrueger@jwk-law.com
              Jesse S. Vogtle, Jr.,    on behalf of Creditor    Compass Bank jvogtle@balch.com,
               wkincaid@balch.com
              Jessica E Price    on behalf of Defendant    Glendale Nissan, Inc. jprice@brouse.com,
               tpalcic@brouse.com
              Joel K Dayton    on behalf of Defendant David  Crockett, CPA jdayton@bmsa.com,
               lnodo@ecf.courtdrive.com
              Joel K Dayton    on behalf of Defendant Capt. David  Crockett jdayton@bmsa.com,
               lnodo@ecf.courtdrive.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Johannes S. Kingma    on behalf of Interested Party Mark T. Palin jkingma@carlockcopeland.com,
 gstanton@carlockcopeland.com
Johannes S. Kingma    on behalf of Interested Party Steven L. Krongold jkingma@carlockcopeland.com,
 gstanton@carlockcopeland.com
John A. Heer    on behalf of    Thomas R. Eby, Co., Inc. jheer@walterhav.com
John D Sayre    on behalf of Defendant Stephen M Finley, PC sayre@nicola.com
John D Sayre    on behalf of Defendant Mark S. Solomon sayre@nicola.com
John D Sayre    on behalf of Defendant J. David Washburn sayre@nicola.com
John D Sayre    on behalf of Defendant William G. Compton sayre@nicola.com
John D Sayre    on behalf of Defendant J David Washburn, PC sayre@nicola.com
John D Sayre    on behalf of Defendant William L. Rivers sayre@nicola.com
John D Sayre    on behalf of Defendant Robert H. Bradford sayre@nicola.com
John D Sayre    on behalf of Defendant William  Compton, P.C. sayre@nicola.com
John D Sayre    on behalf of Defendant Stephen M. Finley sayre@nicola.com
John D Sayre    on behalf of Defendant   MIMFlow Technologies, LLC successor in merger to Au Parts
 Co., Inc sayre@nicola.com
John D Sayre    on behalf of Defendant Joseph  Hoffman sayre@nicola.com
John D Sayre    on behalf of Defendant William  Rivers, P.C. sayre@nicola.com
John D Sayre    on behalf of Defendant Charles L. Perry, P.C. sayre@nicola.com
John D Sayre    on behalf of Defendant Joseph  Hoffman, PC sayre@nicola.com
John D Sayre    on behalf of Defendant Victor B. Zanetti sayre@nicola.com
John D Sayre    on behalf of Defendant Victor  Zanetti, P.C. sayre@nicola.com
John D Sayre    on behalf of Defendant Charles L. Perry sayre@nicola.com
John F. McCaffrey    on behalf of Defendant Lawrence  Gesner jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant J. Michael Tibbals jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Jill  Draffin jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Jerry  Moore jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant   Non-Settling Defendants jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Daniel A. Bailey jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Philip M. Horowitz jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Danny  Cvetanovich jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Daniel  Bailey jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Victor B. Zanetti jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant John  James jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Stephen  Ellis jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Ronald  Warner jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant William  Stavole jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Interested Party   Executive and Management Committee Members
 jfm@paladin-law.com,  bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Kim W. West jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Lawrence H. Gesner jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Philip  Horowitz jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Hugh M. Stanley, Jr. jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Mark S. Solomon jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Victor  Zanetti jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Stephen  LaCount jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Kim  West jfm@paladin-law.com,  bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant ron  warner jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Harry  Cornett jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant John E. James jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant J. Michael  Tibbals jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Stephen C. Ellis jfm@paladin-law.com,
 bnolan@paladin-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John F. McCaffrey    on behalf of Defendant Frank A. LaManna jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Ron  Warner jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Jerry A. Moore jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Danny L. Cvetanovich jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Mark  Solomon jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Joseph  Hoffman jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Stephen H. LaCount jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant William J Stavole jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Harry D. Cornett, Jr. jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Hugh  Stanley jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Jill MacGregor Draffin jfm@paladin-law.com,
               bnolan@paladin-law.com
              John J Guy    on behalf of Creditor Walid  Mando johnguy@neo.rr.com
              John L Reyes    on behalf of Interested Party Jeffrey A. Healy jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Keith H. Raker jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Robert B. Tomaro jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Irene C. Keyse-Walker jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Bart L. Kessel jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Robert J. Hanna jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Michael C. Zellers jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Matthew P. Moriarty jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Robert C. Tucker jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Curtiss L. Isler jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Gary L. Dinner jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party John X. Garred jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Eugene M. Killeen jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Kim W. West jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Ed E. Duncan jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Michael F. Harris jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Susan L. Mizer jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Glenn E. Morrical jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party   Tucker, Ellis & West, LLP jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Henry E. Billingsley jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Michael E. Elliott jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Harry D. Cornett, Jr. jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Stephen C. Ellis jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Peter J. Koenig jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Carter E. Strang jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Edward E Duncan jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Susan L. Racey jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party John T. Doheny jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Lawrence A. Callaghan jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Joseph J. Morford jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Martin H.  Lewis jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Hugh M. Stanley, Jr. jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Mark F. McCarthy jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Nicholas C. York jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Thomas R. Simmons jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Brian W. FitzSimons jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party George  Gore jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Leslie E. Criswell jreyes@bdblaw.com
              John L Reyes    on behalf of Interested Party Richard A. Dean jreyes@bdblaw.com
              John R. Tate    on behalf of Defendant   Viewpoint School johntate@dwt.com, avisjackson@dwt.com
              John T Lillis    on behalf of Defendant John T. Lillis jlillis@klselaw.com
              John T Lillis    on behalf of Defendant   JVC America, Inc. jlillis@klselaw.com
              John Winship Read    on behalf of Defendant Thomas J. Onushko jwread@vorys.com, hhroscoe@vory.com
              John Winship Read    on behalf of Defendant   Seahorse Shipping, LLC jwread@vorys.com,
               hhroscoe@vory.com
              John Winship Read    on behalf of Defendant   Certain Interested Underwriters at Lloyd's London
                jwread@vorys.com,  hhroscoe@vory.com
              John Winship Read    on behalf of Intervenor Gerald M. Fisher jwread@vorys.com,  hhroscoe@vory.com
              John Winship Read    on behalf of Defendant   Interested Syndicates of Lloyd's London
                jwread@vorys.com,  hhroscoe@vory.com
              John Winship Read    on behalf of Defendant   Big Dog Holdings, Inc. jwread@vorys.com,
               hhroscoe@vory.com
              John Winship Read    on behalf of Defendant Robert  Krintzman jwread@vorys.com,  hhroscoe@vory.com
              John Winship Read    on behalf of Defendant   B.E. Logistics, Inc. jwread@vorys.com,
               hhroscoe@vory.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John Winship Read    on behalf of Defendant Gerald M. Fisher jwread@vorys.com, hhroscoe@vory.com
              John Winship Read    on behalf of Defendant Gerald  Fisher jwread@vorys.com, hhroscoe@vory.com
              John Winship Read    on behalf of Defendant John  Hosack jwread@vorys.com, hhroscoe@vory.com
              John Winship Read    on behalf of Defendant   Diamond Brothers Five Partnership, L.P.
               jwread@vorys.com,    hhroscoe@vory.com
              Jonathan D. Greenberg    on behalf of    Thomas R. Eby, Co., Inc. jgreenberg@walterhav.com,
               lkreider@walterhav.com;gab@walterhav.com
              Jonathan D. Greenberg    on behalf of Defendant    Thomas R. Eby Co., Inc. jgreenberg@walterhav.com,
               lkreider@walterhav.com;gab@walterhav.com
              Jonathan P Blakely    on behalf of Creditor   MCS/Texas Direct Inc jblakelylaw@windstream.net
              Joseph B Jerome    on behalf of Mediator Joseph B. Jerome jbj@jeromelaw.com
              Joseph C. Pickens    on behalf of Defendant Edwin  Marzec jpickens@taftlaw.com, khines@taftlaw.com
              Joseph D. Carney    on behalf of Defendant Dr. Gary L. Groves, M.D. jdc@jdcarney.com
              Joseph P DiVincenzo    on behalf of Defendant   Alderm NA, LLC j.divincenzo@rdgattorneys.com
              Joseph R. Spoonster    on behalf of Plaintiff Marc P. Gertz jspoonster@fklaborlaw.com,
               mtomic@harpstross.com
              Joseph R. Spoonster    on behalf of Trustee Marc P. Gertz jspoonster@harpstross.com,
               mtomic@harpstross.com
              Julie L Juergens    on behalf of Defendant    Chubb & Son jjuergens@gsfn.com,
               kperhacs@gallaghersharp.com
              Justin W. Ristau    on behalf of Attorney    Bricker & Eckler, LLP jristau@bricker.com,
               aklein@bricker.com
              Justin W. Ristau    on behalf of Defendant Alan J. Ross jristau@bricker.com, aklein@bricker.com
              Justin W. Ristau    on behalf of Attorney    Bricker & Eckler LLP jristau@bricker.com,
               aklein@bricker.com
              Justin W. Ristau    on behalf of Defendant Glenn S. Krassen jristau@bricker.com,
               aklein@bricker.com
              Karen Kelly Grasso    on behalf of Plaintiff Marc P. Gertz kkgrasso@wideopenwest.com,
               kkgrasso@hotmail.com
              Kelly R. Vickers    on behalf of Creditor    EnviroClean International, Inc. kvickers@lockelord.com,
               vlong@lockelord.com
              Kenneth L. Mitchell    on behalf of Defendant    Woodling Krost & Rust clevepat@aol.com,
               clevepat@sbcglobal.net
              Kenneth L. Mitchell    on behalf of Counter-Claimant    Woodling Krost & Rust clevepat@aol.com,
               clevepat@sbcglobal.net
              Kirk W. Roessler    on behalf of Defendant    Patron Systems, Inc., successor by merger to
               Entelagent Software Corp. kroessler@walterhav.com,
               kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
              Kirk W. Roessler    on behalf of Defendant    Patron Systems, Incorporated, successor in merger to
               Entelagent Software Corp. kroessler@walterhav.com,
               kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
              Leah M. Caplan    on behalf of Defendant    International Coffee & Tea LLC lmc@ml-legal.com
              Leah M. Caplan    on behalf of Interested Party    International Coffee & Tea, LLC lmc@ml-legal.com
              Lee D Powar    on behalf of Creditor    Nutmeg Insurance Company ldpowar@hahnlaw.com,
               hlpcr@hahnlaw.com
              Lee D Powar    on behalf of Creditor    St. Paul Surplus Lines Insurance Company
               ldpowar@hahnlaw.com,    hlpcr@hahnlaw.com
              Lee D Powar    on behalf of Creditor    Columbia Casualty Company ldpowar@hahnlaw.com,
               hlpcr@hahnlaw.com
              Lee R Kravitz    on behalf of Defendant John  Frei leekravitz@sbcglobal.net
              Lynn Rowe Larsen    on behalf of Creditor    Commercial Moving & Installation, Inc.
               llarsen@taftlaw.com,    llauren@taftlaw.com
              Marc A. Melamed    on behalf of Defendant Jerome H. Schmelzer AGBkcy@jbandr.com
              Marc P. Gertz     mpgertz@gertzrosen.com, dmichna@gertzrosen.com;mgertz@iq7technology.com
              Marc P. Gertz    on behalf of Plaintiff Marc P. Gertz mpgertz@gertzrosen.com,
               dmichna@gertzrosen.com
              Mario C. Ciano    on behalf of Mediator Mario C Ciano mciano@reminger.com
              Mark A McLean    on behalf of Defendant Mark  McLean mark@mcleanfirm.com,
               ben@mcleanfirm.com;jackie@mcleanfirm.com
              Mark M George    on behalf of Defendant Gary  Habeeb markgeorgeatty@gmail.com, dodihj@gmail.com
              Mark M George    on behalf of Defendant    United Mortgage Group, Inc. markgeorgeatty@gmail.com,
               dodihj@gmail.com
              Marvin A. Sicherman    on behalf of Attorney Marvin A Sicherman masicherman@gmail.com,
               mas61@case.edu
              Mary Ann Rabin    on behalf of Defendant Robert  Wilson mrabin@rabinandrabin.com
              Mary K. Whitmer    on behalf of Interested Party Jay  Thompson mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Peter K. Rundle mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Defendant Clive  Essakow mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party William  Reavey mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Andrew M. Glatt mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Thomas A. Reilly mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Mary K. Whitmer    on behalf of Interested Party Chris  Kilpatrick mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Chinin  Tana mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Joseph P. Quinby mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party David R Posteraro mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Defendant Allan L. Rudick mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Michael  Madgett mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Counter-Claimant Allan L. Rudick mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Matthew  Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
              Matthew G. Maben    on behalf of Defendant Gus  Stearns mmaben@forsheyprostok.com,
               dkennard@forsheyprostok.com;calendar@forsheyprostok.com
              Matthew G. Maben    on behalf of Defendant    Engenium Corporation mmaben@forsheyprostok.com,
               dkennard@forsheyprostok.com;calendar@forsheyprostok.com
              Matthew J. McCracken    on behalf of Defendant    Nidek, Inc. mjm@chernettwasserman.com
              Matthew T. Fitzsimmons    on behalf of Defendant Joseph  Hoffman, PC fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Joseph  Hoffman fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Victor B. Zanetti fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant J. David Washburn fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant J David Washburn, PC fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Stephen M Finley, PC fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Robert H. Bradford fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Mark S. Solomon fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant William L. Rivers fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Stephen M. Finley fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Charles L. Perry fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Interested Party Charles L. Perry fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant William  Compton, P.C. fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Charles L. Perry, P.C. fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant William G. Compton fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant William  Rivers, P.C. fitzsimmons@nicola.com,
               kane@nicola.com
              Matthew T. Fitzsimmons     on behalf of Defendant Victor  Zanetti, P.C. fitzsimmons@nicola.com,
               kane@nicola.com
              Max W. Thomas    on behalf of Defendant    Summit Scottsdale, LLC mthomas@ulmer.com,
               dkucharski@ulmer.com
              Michael  McNamee    on behalf of Defendant Paul J. and Mary J.  Guta mcnamee1@sbcglobal.net
              Michael A. Steel    on behalf of Spec. Counsel Robert  Bernstein masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Trustee Marc P. Gertz masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Plaintiff Marc P. Gertz masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Consultant    Intelysis Corp. masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Spec. Counsel    Anderson, Kill & Olick, P.C. masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Spec. Counsel    Goldman & Rosen, Ltd. masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Attorney    Goldman and Rosen Ltd masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Consultant    Dunbar, Bender  Zapf, Inc. masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael A. Steel    on behalf of Attorney    Plotkin, Rapoport & Nahmias masteel@bmdllc.com,
               attysteel@gmail.com;syoho@bmdllc.com
              Michael S Kogan    on behalf of Creditor Michael  Kogan mkogan@koganlawfirm.com
              Michael S Kogan    on behalf of Defendant Michael  Kogan mkogan@koganlawfirm.com
              Michael S Tucker    on behalf of Witness Frank A LaManna mtucker@ulmer.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Michael S Tucker    on behalf of Creditor    Stasan, Inc. mtucker@ulmer.com
Michael S Tucker    on behalf of Creditor Richard  Blumberg mtucker@ulmer.com
Michael T. O'Halloran    on  behalf  of Defendant    Burnham Real Estate Services mto@debtsd.com,
 ac@debtsd.com;cs@debtsd.com
Nicholas C. De Santis, III    on behalf of Interested Party Chrysta A. Castaneda
 desantis@zieglermetzger.com,
 mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
Nicholas C. De Santis, III    on behalf of Defendant Chrysta A. Castaneda
 desantis@zieglermetzger.com,
 mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
Nicholas C. De Santis, III    on behalf of Defendant Chrysta A. Castaneda, PC
 desantis@zieglermetzger.com,
 mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
Niki Z. Schwartz    on behalf of Interested Party Brian W. FitzSimons nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Mark F. McCarthy nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Peter J. Koenig nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Martin H.  Lewis nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Jeffrey A. Healy nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Glenn E. Morrical nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Kim W. West nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Michael F. Harris nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Curtiss L. Isler nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Robert C. Tucker nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Carter E. Strang nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Brian W FitzSimmons nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Attorney    Goldman and Rosen Ltd nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Michael C. Zellers nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Leslie E. Criswell nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Robert J. Hanna nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Michael E. Elliott nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Keith H. Raker nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party John X. Garred nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party    Tucker, Ellis & West, LLP nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Joseph J. Morford nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Matthew P. Moriarty nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Stephen C. Ellis nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Lawrence A. Callaghan nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party John T. Doheny nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Hugh M. Stanley, Jr. nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Susan L. Racey nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party George  Gore nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Susan L. Mizer nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Nicholas C. York nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Irene C. Keyse-Walker nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Richard A. Dean nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Harry D. Cornett, Jr. nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Gary L. Dinner nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Bart L. Kessel nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Eugene M. Killeen nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Thomas R. Simmons nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Henry E. Billingsley nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Robert B. Tomaro nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Edward E Duncan nschwartz@sdlpa.com
Orville L. Reed    on behalf of Defendant Kim W. West oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Hugh M. Stanley, Jr. oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant George F. Gore oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Glenn E. Morrical oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Michael E. Elliott oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Mark F. McCarthy oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Susan L. Mizer oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Michael F. Harris oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Bart L. Kessel oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Robert J. Hanna oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Matthew P. Moriarty oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Joseph J. Morford oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Irene C. Keyse-Walker oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Eugene M. Killeen oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Nicholas C. York oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant    Tucker Ellis & West LLP oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Carter E. Strang oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Gary L. Dinner oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Leslie E. Criswell oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Susan L. Racey oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Jeffrey A. Healy oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant John X. Garred oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Peter J. Koenig oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Curtiss L. Isler oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Thomas R. Simmons oreed@stark-knoll.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Orville L. Reed    on behalf of Defendant Robert B. Tomaro oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Robert C. Tucker oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Richard A. Dean oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Stephen C. Ellis oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Ed E. Duncan oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Martin H.  Lewis oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Keith H. Raker oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Brian W. FitzSimons oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Henry E. Billingsley oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Lawrence A. Callaghan oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant John T. Doheny oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Harry D. Cornett, Jr. oreed@stark-knoll.com
              Patricia Fleming Krewson    on behalf of Defendant   PS Sook, Ltd. pkrewson@littler.com,
               jclark@littler.com
              Patricia Fleming Krewson    on behalf of Defendant Dr. T. William  Evans pkrewson@littler.com,
               jclark@littler.com
              Patricia Fleming Krewson    on behalf of Defendant   The Irvine Company pkrewson@littler.com,
               jclark@littler.com
              Patrick J Keating    on behalf of Interested Party Eugene M. Killeen pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Peter J. Koenig pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Bart L. Kessel pkeating@bdblaw.com,  sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Stephen M. Finley pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Michael C. Zellers pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Dennis D. Grant pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Katherine B. Bowman pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Jeffrey A. Healy pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Leslie E. Criswell pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Kim W. West pkeating@bdblaw.com,  sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party William G. Compton pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Lawrence A. Callaghan pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Victor B. Zanetti pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Keith H. Raker pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Mark S. Solomon pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Charles L. Perry pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Jeffrey A. Healy pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant   Tucker Ellis&West LLP pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Robert R. Dunn pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Stephen C. Ellis pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party William L Rivers, PC pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Joseph  Hoffman pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Robert B. Tomaro pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Stephen M Finley, PC pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Michael F. Harris pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Matthew P. Moriarty pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant John X. Garred pkeating@bdblaw.com,  sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Mark F. McCarthy pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Edward E Duncan pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Donald G. Paynter pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Kim W. West pkeating@bdblaw.com,
               sconard@bdblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | |
|---|---|---|
| Patrick J Keating | on behalf of Interested Party Thomas R. Simmons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Dane Stinson | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Ed E. Duncan | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party John T. Doheny | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Harry D. Cornett, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert C. Tucker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant John T. Doheny | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Nick V. Cavalieri | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Bart L. Kessel | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael Goodstein | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Nancy J. Manougian | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Curtiss L. Isler | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party William Compton, P.C. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Gary S. Batke | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Carter E. Strang | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Brian W. FitzSimons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Thomas R. Simmons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Susan L. Racey | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael P. Mahoney | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael C. Zellers | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Brian W. FitzSimons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Mark F. McCarthy | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael F. Harris | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Matthew P. Moriarty | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party William L. Rivers | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Peter J. Koenig | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Hugh M. Stanley, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Joseph J. Morford | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Charles L Perry, PC | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Yvette A. Cox | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Creditor Stephen C. Ellis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert J. Hanna | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party William A. Adams | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party R. Stacy Lane | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party James G. Ryan | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Irene C. Keyse-Walker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Richard D. Brooks | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael E. Elliott | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Gary L. Dinner | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant George F. Gore | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Susan L. Racey | pkeating@bdblaw.com, sconard@bdblaw.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | |
|---|---|---|
| Patrick J Keating | on behalf of Interested Party Hugh M. Stanley, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Daniel R. Hackett | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Donald A. Davies | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Leslie E. Criswell | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Robert C. Tucker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Susan L. Mizer | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Ed E. Duncan | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Stephen C. Ellis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Victor Zanetti, P.C. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Daniel A. Bailey | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Glenn E. Morrical | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert H. Bradford | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Nicholas C. York | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Nicholas C. York | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Michael E. Elliott | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Carter E. Strang | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Creditor Harry D. Cornett, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert R. Eblin | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Irene C. Keyse-Walker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Joseph Hoffman, PC | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party James M. Groner | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Keith H. Raker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Harry D. Cornett, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Henry E. Billingsley | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party J David Washburn, PC | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Gary L. Dinner | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Martin H. Lewis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Richard A. Dean | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party D. David Carroll | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Richard A. Dean | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party John X. Garred | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert B. Tomaro | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Joseph J. Morford | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Glenn E. Morrical | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Eugene M. Killeen | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Brian W FitzSimmons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Susan L. Mizer | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Martin H. Lewis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Danny L. Cvetanovich | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Lawrence A. Callaghan | pkeating@bdblaw.com, sconard@bdblaw.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Patrick J Keating  on behalf of Creditor Robert C. Tucker pkeating@bdblaw.com, sconard@bdblaw.com
    Patrick J Keating  on behalf of Interested Party Curtiss L. Isler pkeating@bdblaw.com, sconard@bdblaw.com
    Patrick J Keating  on behalf of Interested Party Henry E. Billingsley pkeating@bdblaw.com, sconard@bdblaw.com
    Patrick J Keating  on behalf of Defendant Robert J. Hanna pkeating@bdblaw.com, sconard@bdblaw.com
    Patrick J Keating  on behalf of Interested Party George Gore pkeating@bdblaw.com, sconard@bdblaw.com
    Paul E. Harner  on behalf of Debtor  Arter&Hadden paulharner@paulhastings.com, emilydillingham@paulhastings.com
    Peter C. Freeman  on behalf of Defendant  OLEC Corporation peter@peterfreemanlaw.com
    Peter Michael Reed  on behalf of Creditor  Midland Central Appraisal District othercourts@mvbalaw.com
    Peter Michael Reed  on behalf of Attorney Peter Michael Reed othercourts@mvbalaw.com
    R. Crouch  on behalf of Creditor Marcia Crouch mcrouch@shapirofussell.com
    Ralph E Cascarilla  on behalf of Defendant Michael P. Mahoney rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Gary S. Batke rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant James G. Ryan rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Donald A. Davies rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Dennis D. Grant rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Robert R. Dunn rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Daniel R. Hackett rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant William A. Adams rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Nick V. Cavalieri rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Yvette A. Cox rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant D. David Carroll rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Richard D. Brooks rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Donald G. Paynter rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant R. Stacy Lane rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Nancy J. Manougian rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Robert R. Eblin rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Danny L. Cvetanovich rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant  Bailey Cavalieri, LLC rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant James M. Groner rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Daniel A. Bailey rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Michael Goodstein rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Katherine B. Bowman rcascarilla@walterhav.com
    Ralph E Cascarilla  on behalf of Defendant Dane Stinson rcascarilla@walterhav.com
    Richard A. Baumgart  on behalf of Mediator Richard A. Baumgart rbaumgart@dsb-law.com
    Richard C Kenney, Jr  on behalf of Defendant Breton Bocchieri rcklpa@sbcglobal.net
    Robert A. Bell  on behalf of Creditor Richard T. Miller rabell@vorys.com, mdwalkuski@vorys.com
    Robert B. Malone  on behalf of Defendant  Enterprise Imaging Solutions, Inc. rbm890@aol.com
    Robert C. Meeker  on behalf of Defendant Diana J. Beck rcmeeker@bmblaw.com, mrl@bmblaw.com
    Robert D. Barr  on behalf of Defendant  Robotic Parking rbarr@koehler.law, rbarr@koehler.law
    Robert M Gippin  on behalf of Plaintiff Marc P. Gertz rgippin@rlbllp.com, rgippin@gmail.com
    Robert M Gippin  on behalf of Trustee Marc P. Gertz rgippin@goldman-rosen.com, rgippin@gmail.com
    Robert S. Bernstein  on behalf of Spec. Counsel Robert Bernstein rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
    Robert S. Bernstein  on behalf of Petitioning Creditor Richard DeLuce rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
    Robert S. Bernstein  on behalf of Petitioning Creditor Stephen T. Swanson rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
    Robert S. Bernstein  on behalf of Creditor Robert Henigson rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
    Robert S. Bernstein  on behalf of Trustee Marc P. Gertz rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
    Robert S. Bernstein  on behalf of Petitioning Creditor  Petitioning Creditors rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
    Robert S. Bernstein  on behalf of Plaintiff Marc P. Gertz rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
    Rocco I. Debitetto  on behalf of Defendant Judith M. Isler ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
    Rocco I. Debitetto  on behalf of Creditor Michael C. Zellers ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
    Rocco I. Debitetto  on behalf of Defendant Michael C. Zellers ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Rocco I. Debitetto    on behalf of Creditor Curtis L. Isler ridebitetto@hahnlaw.com,
               cmbeitel@hahnlaw.com
              Rocco I. Debitetto    on behalf of Creditor Jan W. Zellers ridebitetto@hahnlaw.com,
               cmbeitel@hahnlaw.com
              Rocco I. Debitetto    on behalf of Defendant Jan W. Zellers ridebitetto@hahnlaw.com,
               cmbeitel@hahnlaw.com
              Rocco I. Debitetto    on behalf of Defendant Curtis L. Isler ridebitetto@hahnlaw.com,
               cmbeitel@hahnlaw.com
              Rocco I. Debitetto    on behalf of Creditor Judith M. Isler ridebitetto@hahnlaw.com,
               cmbeitel@hahnlaw.com
              Roger E. Marken    on behalf of Interested Party Roger E. Marken rmarken@mmnt.com,
               lbeckham@mmnt.com
              Ryan  Routh    on behalf of Plaintiff    Arter & Hadden LLP rrouth@jonesday.com
              Ryan  Routh    on behalf of Attorney    Jones Day rrouth@jonesday.com
              Ryan  Routh    on behalf of Defendant    Jones Day Reavis & Pogue rrouth@jonesday.com
              Ryan  Routh    on behalf of Attorney Ryan  Routh rrouth@jonesday.com
              Ryan  Routh    on behalf of Debtor    Arter&Hadden rrouth@jonesday.com
              Scott D. Fink    on behalf of Creditor    Great Lakes Lithograph ecfndoh@weltman.com
              Scott D. Fink    on behalf of Creditor    Applied Laser Technologies ecfndoh@weltman.com
              Scott D. Fink    on behalf of Creditor    Great Lakes Companies ecfndoh@weltman.com
              Scott D. Fink    on behalf of Creditor    APPLIED LASER TECHNOLOGIES AND GREAT LAKES COMPANIES
               ecfndoh@weltman.com
              Scott H Scharf    on behalf of Defendant Richard A.  Lebby scharf@scharflegal.com
              Scott H Scharf    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
               scharf@scharflegal.com
              Scott N Opincar    on behalf of Defendant    Andrews Kurth LLP sopincar@mcdonaldhopkins.com,
               bkfilings@mcdonaldhopkins.com
              Stephen D. Hobt    on behalf of Defendant    Neoplan USA Corporation shobt@aol.com
              Stephen M. Bales    on behalf of Interested Party Chrysta A. Castaneda sbales@zieglermetzger.com,
               jramos@zieglermetzger.com
              Stephen M. Bales    on behalf of Defendant Chrysta A. Castaneda, PC sbales@zieglermetzger.com,
               jramos@zieglermetzger.com
              Stephen M. Bales    on behalf of Defendant Chrysta A. Castaneda sbales@zieglermetzger.com,
               jramos@zieglermetzger.com
              Steven J Miller    on behalf of Creditor Stanley M Fisher miller@MGFL-law.com,
               hinkle@MGFL-law.com;heidenreich@MGFL-law.com
              Steven S Davis    sdavis@epitrustee.com
              Susan Barnes de Resendiz    on behalf of Defendant    Echo Rock Ventures, Inc. sderesendiz@gcd.com
              Susan M Weaver    on behalf of Creditor Alvin  Powell susan@susanweaverlaw.com
              Susan M. Zidek    on behalf of     Thomas R. Eby, Co., Inc. szidek@meyersroman.com
              Suzana Krstevski Koch    on behalf of Defendant    American Labor Law Company suzana.koch@usdoj.gov,
               USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
              Suzana Krstevski Koch    on behalf of Defendant    Bank of the West suzana.koch@usdoj.gov,
               USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
              Suzana Krstevski Koch    on behalf of Creditor    Iron Mountain Information Management, Inc.
               suzana.koch@usdoj.gov,  USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
              Terrence L. Cariglio    on behalf of Defendant    Yarrow Financial Services tc@cariglio.com
              Theodore M Mann, Jr    on behalf of Mediator Theodore M. Mann, Jr. mannlawoffice@ameritech.net
              Thomas C Pavlik    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
               lgoeden@npdcleveland.com,  tpavlik@npdcleveland.com
              Thomas C Pavlik    on behalf of Defendant Richard A.  Lebby lgoeden@npdcleveland.com,
               tpavlik@npdcleveland.com
              Thomas D Robenalt    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
               trobenalt@nrpslaw.com
              Thomas D Robenalt    on behalf of Defendant Richard A.  Lebby trobenalt@nrpslaw.com
              Thomas W. Coffey    on behalf of Creditor    M. Weingold & Co. tcoffey@tcoffeylaw.com
              Timothy A. Riedel    on behalf of Creditor    Executor of the Estate of John A. Jenkins
               triedel@baileycav.com,  BR-ECF@BaileyCav.com;lpatterson@baileycav.com
              Timothy S. Rankin    on behalf of Defendant    Reliant Services, Inc. tsr@olrlaw.com
              Trish D. Lazich    on behalf of Defendant Frank A. LaManna trish.lazich@ohioattorneygeneral.gov,
               angelique.dennis-noland@ohioattorneygeneral.gov
              Trish D. Lazich    on behalf of Witness Frank A LaManna trish.lazich@ohioattorneygeneral.gov,
               angelique.dennis-noland@ohioattorneygeneral.gov
              Victor D. Radel    on behalf of Defendant    Nidek, Inc. vdr@cwyplaw.com
              W Clark Watson    on behalf of Defendant    Compass Bank cwatson@balch.com
              W Clark Watson    on behalf of Creditor    Compass Bank cwatson@balch.com
              Wendy J Gibson    on behalf of Defendant    TMC Financial wgibson@bakerlaw.com
                                                                                             TOTAL: 744
```

# United States Bankruptcy Court
## Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Asset Recovery Trust  **Case Number:** 03–23293–aih

**Debtor(s):** Arter&Hadden  **Judge:** ARTHUR I HARRIS

**The items marked below are deficient and must be corrected by 4/30/2020, or this matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

- ☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

- ☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

- ☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

- ☐ Case: ☐ closed ☐ dismissed ☐ transferred

- ☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

- ☐ Certificate of Service – Chapter 13 Plan: Debtor failed to comply with Bankruptcy Rule 3012(b) and Local General Order 17–1, providing the debtor must serve creditor in the manner provided for service of a summons and complaint under Bankruptcy Rule 7004, as well as provide a certificate of service "that includes the date and method of service and the identity by name and address of each entity served, consistent with Local Bankruptcy Rule 9013–3."

- ☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

- ☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF Search Menu.

- ☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

- ☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

- ☐ Form B121 required.

- ☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

- ☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

- ☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

- ☐ Order Regarding:

- ☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

- ☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

    - ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

☐ Exhibit A is not attached ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

☐ incorrect identification

☐ Signature Declaration missing.

☐ Signature must be: ☐ original ☐ /S/ signature for ☐ attorney ☐ debtor ☐ creditor

☒ Other Deficient Matter(s): Notarization is Required on Page 4.

**Comments/Instructions**

**Deputy Clerk:** /s/Erick Jones  **Date:** April 20, 2020

**Form:** ohnb140