In re:                                                                    Case No. 03-23293-aih
Arter&Hadden                                                              Chapter 7
Petitioning Creditors
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-1      User: ejone             Page 1 of 16              Date Rcvd: Jun 05, 2020
                          Form ID: pdf849         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
cl           +Alliance Research & Recovery Inc.,   184 S. Livingston Ave,   Suite 9-208,
               Livingston, NJ 07039-3014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jun 05 2020 22:20:11      United States Trustee,
               Office of the U.S. Trustee,  H.M Metzenbaum U.S. Courthouse,
               201 Superior Avenue East Suite 441,   Cleveland, OH 44114-1234
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
          Alan P DiGirolamo   on behalf of Defendant    Lutheran Hospital adigirolamo@bdblaw.com,
           kdiiorio@bdblaw.com
          Amy L. Good    on behalf of U.S. Trustee    United States Trustee amy.l.good@usdoj.gov
          Barbara  Mandell    on behalf of Creditor Dee Ann Murdock bjm@gilbertkelly.com
          Barbara  Mandell    on behalf of Debtor    Arter&Hadden bjm@gilbertkelly.com
          Barbara  Mandell    on behalf of Defendant    Interinsurance Exchange for the Automobile Club
           bjm@gilbertkelly.com
          Benjamin W. Ogg    on behalf of Defendant    Reliant Services, Inc. bwo@manleydeas.com
          Beth Ann Schenz    on behalf of Creditor    Applied Laser Technologies bkecf@huntington.com
          Brent M Buckley    on behalf of Defendant    The Huntington National Bank buckley@bucklaw.com,
           anderson@buckleyking.com
          Brian A. Bash   on behalf of Interested Party Robert H. Bradford BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Dennis D. Grant BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Brian W. FitzSimons BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Charles L. Perry BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Donald A. Davies BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Victor  Zanetti, P.C. BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party James M. Groner BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Richard D. Brooks BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party William L. Rivers BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Stephen M. Finley BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Dane  Stinson BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Ed E. Duncan BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Victor B. Zanetti BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Danny L. Cvetanovich BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Robert R. Eblin BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party William L Rivers, PC BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party William  Compton, P.C. BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Daniel A. Bailey BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party D. David Carroll BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Mark S. Solomon BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Stephen M Finley, PC BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Michael P. Mahoney BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Gary S. Batke BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party J David Washburn, PC BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party    Andrews Kurth LLP BBash@bakerlaw.com
          Brian A. Bash   on behalf of Interested Party Robert R. Dunn BBash@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Brian A. Bash     on behalf of Interested Party R. Stacy Lane BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Nancy J. Manougian BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Donald G. Paynter BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party James G. Ryan BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party William A. Adams BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Katherine B. Bowman BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party William G. Compton BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Charles L Perry, PC BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Joseph  Hoffman, PC BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Yvette A. Cox BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Joseph  Hoffman BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Nick V. Cavalieri BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Daniel R. Hackett BBash@bakerlaw.com
Brian A. Bash     on behalf of Interested Party Michael  Goodstein BBash@bakerlaw.com
Brian J. Halligan    on behalf of Defendant   Universal Enterprises, Inc.
 bhalligan@halliganlanglaw.com, VLang@halliganlanglaw.com
Brian J. Halligan    on behalf of Defendant   RGR Technologies, Inc. bhalligan@halliganlanglaw.com,
 VLang@halliganlanglaw.com
Brian J. Halligan    on behalf of Defendant Ralph G Ridenour bhalligan@halliganlanglaw.com,
 VLang@halliganlanglaw.com
Brian Jacob Dilks    cmecf@dilksknopik.com, dilksknopik@ecf.courtdrive.com
Bruce H Wilson   on behalf of Mediator Bruce H. Wilson BruceWilsonEsq@aol.com
Bruce J.L. Lowe    on behalf of Defendant   PS Sook, Ltd. blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant   The Irvine Company blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant   Hamburger Mary's International LLC blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant   Senior Living Enterprises blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Creditor    The Irvine Company blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bruce J.L. Lowe    on behalf of Defendant Dr. T. William  Evans blowe@taftlaw.com,
 CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
Bryan J Farkas    on behalf of Interested Party Gerald  Fisher bjfarkas@vorys.com,
 bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
Carl E. Black    on behalf of Attorney   Jones Day ceblack@jonesday.com
Charles E. Bobinis    on behalf of Plaintiff Marc P. Gertz cbobinis@bobinis.com
Charles E. Bobinis    on behalf of Trustee Marc P. Gertz cbobinis@bobinis.com
Christine M Pierpont    on behalf of Defendant Thomas E. McClendon cpierpont@ssd.com
Christine M Pierpont    on behalf of Defendant Thomas E.  McClendon, P.C. cpierpont@ssd.com
Christine M Pierpont    on behalf of Defendant   HBR Technologies cpierpont@ssd.com
Christopher A Conley    on behalf of Defendant John  Workman cconley@campbellwoods.com
Christopher A Conley    on behalf of Defendant   Workman & Sons Plumbing, LLC
 cconley@campbellwoods.com
Christopher J. Freeman    on behalf of Creditor Erika  Peterson chris@chrisfreemanlaw.com,
 cjf@standardlegal.com;freemancr86886@notify.bestcase.com
Christopher W Peer    on behalf of Creditor   St. Paul Surplus Lines Insurance Company
 cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant   Sikorsky Aircraft cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   Carrier Corporation cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   Nutmeg Insurance Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   Hamilton Sundstrand cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant   Hamilton Sundstrand cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant   United Technologies Corporation
 cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   Sikorsky Aircraft cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor Thomas V. Chema cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   Columbia Casualty Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   St. Paul Surplus Lines Insurance Co.
 cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant   Otis Elevator Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   Steadfast Insurance Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Defendant   Pratt & Whitney cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
Christopher W Peer    on behalf of Creditor   Otis Elevator Company cpeer@wickenslaw.com,
 docket@wickenslaw.com;mmccarty@wickenslaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher W Peer    on behalf of Defendant    Carrier Corproation cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
          Christopher W Peer    on behalf of Defendant    St. Paul Surplus Lines Insurance Company cpeer@wickenslaw.com,  docket@wickenslaw.com;mmccarty@wickenslaw.com
          Christopher W Peer    on behalf of Creditor    Pratt & Whitney cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
          Christopher W Peer    on behalf of Defendant    Nutmeg Insurance Company cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
          Christopher W Peer    on behalf of Creditor    United Technologies Corporation cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
          Christopher W Peer    on behalf of Defendant    Columbia Casualty Company cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
          Christopher W Peer    on behalf of Defendant Thomas V. Chema cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
          Craig A. Smith    on behalf of Defendant    JRP Consulting Corp smith@ghjlaw.com
          Daniel A DeMarco    on behalf of Creditor    Main Street Partners Funding, L.P. dademarco@hahnlaw.com,  cmbeitel@hahnlaw.com
          Daniel J. Wenstrup    on behalf of Claimant    Estate of Ronald E. Pump djw@heiswenstrup.com, msw@heiswenstrup.com
          Darrell A. Clay    on behalf of Interested Party Nick V. Cavalieri dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant James G. Ryan dclay@walterhav.com,  rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Dane  Stinson dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Donald G. Paynter dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Donald G. Paynter dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Joseph  Hoffman dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Victor B. Zanetti dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Danny L. Cvetanovich dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Gary S. Batke dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant R. Stacy Lane dclay@walterhav.com,  rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Charles L Perry, PC dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interpleader Danny L. Cvetanovich dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Katherine B. Bowman dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party William L Rivers, PC dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party William  Compton, P.C. dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant James M. Groner dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant    Bailey Cavalieri, LLC dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Robert H. Bradford dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Nick V. Cavalieri dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Michael  Goodstein dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party R. Stacy Lane dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Robert R. Eblin dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant D. David Carroll dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Yvette A. Cox dclay@walterhav.com,  rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party Charles L. Perry dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Dennis D. Grant dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Donald A. Davies dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Katherine B. Bowman dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Gary S. Batke dclay@walterhav.com,  rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Defendant Robert R. Dunn dclay@walterhav.com, rdunlap@walterhav.com
          Darrell A. Clay    on behalf of Interested Party James M. Groner dclay@walterhav.com, rdunlap@walterhav.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Darrell A. Clay    on behalf of Interested Party    Bailey Cavalieri, LLC dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Danny L. Cvetanovich dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant William A. Adams dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Donald A. Davies dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Robert R. Eblin dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Ed E. Duncan dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Nancy J. Manougian dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Nancy J. Manougian dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Dane  Stinson dclay@walterhav.com,   rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Richard D. Brooks dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Daniel A. Bailey dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Michael  Goodstein dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party William A. Adams dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Stephen M. Finley dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Daniel R. Hackett dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Daniel A. Bailey dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Richard D. Brooks dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party James G. Ryan dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Brian W. FitzSimons dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Defendant Michael P. Mahoney dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party J David Washburn, PC dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Michael P. Mahoney dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party D. David Carroll dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Mark S. Solomon dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Victor  Zanetti, P.C. dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party William L. Rivers dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Robert R. Dunn dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Yvette A. Cox dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Joseph  Hoffman, PC dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Daniel R. Hackett dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party William G. Compton dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Stephen M Finley, PC dclay@walterhav.com,
                rdunlap@walterhav.com
              Darrell A. Clay    on behalf of Interested Party Dennis D. Grant dclay@walterhav.com,
                rdunlap@walterhav.com
              David H. Wallace    on behalf of Defendant Thomas G. Loeffler dwallace@taftlaw.com,
                esleva@taftlaw.com;docket@taftlaw.com;mzbiegien@taftlaw.com
              David O. Simon    on behalf of Defendant    CGM Group, LLC david@simonlpa.com
              David S. Blocker    on behalf of Defendant Ron  Nowak dblocker@sonkinkoberna.com
              David S. Blocker    on behalf of Defendant    Masimo Corporation dblocker@sonkinkoberna.com
              Demetrios P Koutrodimos     on behalf of Defendant    Yarrow Financial Services
                jkoutrodimos@primcapital.com
              Dennis  Niermann    on behalf of Defendant    RGR Technologies, Inc. dennis@niermannlaw.com
              Dennis  Niermann    on behalf of Defendant Ralph G Ridenour dennis@niermannlaw.com
              Dennis  Niermann    on behalf of Defendant    Universal Enterprises, Inc. dennis@niermannlaw.com
              Dennis Joseph Bartek    on behalf of Defendant    Nidek, Inc. djbartek@aol.com,
                assist@barteklawoffice.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Diana M. Thimmig   on behalf of Interested Party William S. Davis dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party John Tate dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party Gerald Fisher dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party Ronald Warner dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party Jay Davis dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party Deborah Feldman dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party David Decker dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party Wayne Grajewski dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party David Whitten dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party William C. Staley dthimmig@ralaw.com, jvarhola@ralaw.com
    Diana M. Thimmig   on behalf of Interested Party Harriet Welch dthimmig@ralaw.com, jvarhola@ralaw.com
    E Jane Taylor   on behalf of Defendant Mahammed Jamjoon johnguy@neo.rr.com
    E. Mark Young   on behalf of Creditor VMG Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Hesperia Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Rialto Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Creditor Hesperia Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Cape Cod West, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Hauch Medical Building II, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Lake Shore Colonial Apartments, Inc. myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Pacific Physician Properties, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Creditor Cape Cod West myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant VMG Building, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Creditor Hauch Medical Building II myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Creditor Rialto Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Creditor Pacific Physician Properties myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Dr. Gary L. Groves, M.D. myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Creditor Aspen Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Elias George Koury myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Creditor Fontana Medical Plaza myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Aspen Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    E. Mark Young   on behalf of Defendant Fontana Medical Plaza, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com
    Eric T. Ray   on behalf of Defendant Compass Bank eray@balch.com, rmjohnson@balch.com
    Eric T. Ray   on behalf of Creditor Compass Bank eray@balch.com, rmjohnson@balch.com
    Eugene L. Matan   on behalf of Defendant Sandra E. Patton, ematan@mgwlaw.com
    Gregory A. Whittmore   on behalf of Creditor Stanley V Graff kearsage@msn.com
    Gregory A. Whittmore   on behalf of Respondent Richard L Hayden kearsage@msn.com
    Gregory M. Salvato   on behalf of Defendant Rialto Medical Building, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
    Gregory M. Salvato   on behalf of Defendant Hauch Medical Building II, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
    Gregory M. Salvato   on behalf of Defendant VMG Building, a California General Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
    Gregory M. Salvato   on behalf of Defendant Aspen Medical Building, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Gregory M. Salvato   on behalf of Defendant   Cape Cod West, a California General Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

    Gregory M. Salvato   on behalf of Defendant   Fontana Medical Plaza, a California General Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

    Gregory M. Salvato   on behalf of Defendant   Pacific Physician Properties, a California General Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

    Gregory M. Salvato   on behalf of Creditor   Aspen Medical Building Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

    Gregory M. Salvato   on behalf of Defendant   Hesperia Medical Building, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

    Harry W. Greenfield   on behalf of Creditor   Banc One Leasing Corporation hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Harry W. Greenfield   on behalf of Creditor   The Huntington National Bank hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Harry W. Greenfield   on behalf of Creditor   Bank One, N.A. hgreenfield@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Hema Steele   on behalf of Defendant   Senior Living Enterprises steele.hema@dol.gov, sol.clev.docket@usdol.onmicrosoft.com

    Irving B. Sugerman   on behalf of Plaintiff Marc P. Gertz ibsugerman@brouse.com, agaul@brouse.com

    Irving B. Sugerman   on behalf of Trustee Marc P. Gertz ibsugerman@brouse.com, agaul@brouse.com

    J Douglas Drushal   on behalf of Mediator J Douglas Drushal ddrushal@ccj.com, lehman@ccj.com

    James A. Hogan   on behalf of Defendant   Diamond Brothers Five Partnership, L.P. jahogan@vssp.com, mjsutter@vssp.com

    James C Harman   on behalf of Creditor   Orange County Treasurer-Tax Collector jamesharman@coco.ocgov.com

    James L McCrystal, Jr   on behalf of Mediator James L. McCrystal, Jr. mccrystal@bqmlaw.com, malachin@bqmlaw.com

    James R. Russell   on behalf of Counter-Defendant Marc P. Gertz JRRussell@Goldman-Rosen.com, carolynn@goldman-rosen.com

    James R. Russell   on behalf of Trustee Marc P. Gertz JRRussell@Goldman-Rosen.com, carolynn@goldman-rosen.com

    James R. Russell   on behalf of Plaintiff Marc P. Gertz JRRussell@Goldman-Rosen.com, carolynn@goldman-rosen.com

    Janet A. Shapiro   on behalf of Defendant John H. Tillotson, Jr. jshapiro@shapirolawfirm.com

    Janet A. Shapiro   on behalf of Defendant   Interinsurance Exchange for the Automobile Club jshapiro@shapirolawfirm.com

    Janet A. Shapiro   on behalf of Defendant   Tillotson Enterprises, LLC jshapiro@shapirolawfirm.com

    Janet A. Shapiro   on behalf of Defendant   Velaszuez, Inc. jshapiro@shapirolawfirm.com

    Janet A. Shapiro   on behalf of Defendant   Interinsurance Exchange of the Automobile Club jshapiro@shapirolawfirm.com

    Janet A. Shapiro   on behalf of Defendant Haydee V. Tillotson jshapiro@shapirolawfirm.com

    Janet A. Shapiro   on behalf of Defendant Erik M. Tillotson jshapiro@shapirolawfirm.com

    Jayne L. Jakubaitis   on behalf of 3rd Party Plaintiff Jayne L. Jakubaitis jljak@sbcglobal.net

    Jean R. Robertson   on behalf of Accountant   ParenteBeard LLC jean@kdglegal.com, 5footjean@gmail.com

    Jean R. Robertson   on behalf of Accountant   Parente Randolph, LLC jean@kdglegal.com, 5footjean@gmail.com

    Jeff P. Prostok   on behalf of Defendant   Engenium Corporation jpp@forsheyprostok.com, dkircher@forsheyprostok.com

    Jeff P. Prostok   on behalf of Defendant Gus Stearns jpp@forsheyprostok.com, dkircher@forsheyprostok.com

    Jeffrey C. Toole   on behalf of Creditor   Bank One, N.A. jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Jeffrey C. Toole   on behalf of Plaintiff   JPMORGAN CHASE BANK, N.A. successor by merger to BANK ONE, NA jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Jeffrey C. Toole   on behalf of Creditor   The Huntington National Bank jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Jeffrey C. Toole   on behalf of Creditor   Banc One Leasing Corporation jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Jeffrey C. Toole   on behalf of Plaintiff   THE HUNTINGTON NATIONAL BANK jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Jeffrey C. Toole   on behalf of Creditor   JPMorgan Chase Bank, NA (successor by merger to Bank One, NA (principle office (Columbus)) jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com

    Jeffrey M. Levinson   on behalf of Interested Party   International Coffee & Tea, LLC jml@jml-legal.com

    Jeffrey M. Levinson   on behalf of Defendant   International Coffee & Tea LLC jml@jml-legal.com

    Jeffrey M. Levinson   on behalf of Defendant   Translogic Technology, Inc. jml@jml-legal.com

    Jeffrey W Krueger   on behalf of Defendant   Pfizer, Inc. jwkrueger@jwk-law.com

    Jeffrey W Krueger   on behalf of Defendant   American Optical Corp jwkrueger@jwk-law.com

    Jesse S. Vogtle, Jr.,   on behalf of Creditor   Compass Bank jvogtle@balch.com, wkincaid@balch.com

    Jessica E Price   on behalf of Defendant   Glendale Nissan, Inc. jprice@brouse.com, tpalcic@brouse.com

    Joel K Dayton   on behalf of Defendant David Crockett, CPA jdayton@bmsa.com, lnodo@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joel K Dayton    on behalf of Defendant Capt. David  Crockett jdayton@bmsa.com,
               lnodo@ecf.courtdrive.com
              Johannes S. Kingma    on behalf of Interested Party Mark T. Palin jkingma@carlockcopeland.com,
               gstanton@carlockcopeland.com
              Johannes S. Kingma    on behalf of Interested Party Steven L. Krongold jkingma@carlockcopeland.com,
               gstanton@carlockcopeland.com
              John A. Heer    on behalf of     Thomas R. Eby, Co., Inc. jheer@walterhav.com
              John D Sayre    on behalf of Defendant Stephen M Finley, PC sayre@nicola.com
              John D Sayre    on behalf of Defendant Mark S. Solomon sayre@nicola.com
              John D Sayre    on behalf of Defendant J. David Washburn sayre@nicola.com
              John D Sayre    on behalf of Defendant William G. Compton sayre@nicola.com
              John D Sayre    on behalf of Defendant J David Washburn, PC sayre@nicola.com
              John D Sayre    on behalf of Defendant William L. Rivers sayre@nicola.com
              John D Sayre    on behalf of Defendant Robert H. Bradford sayre@nicola.com
              John D Sayre    on behalf of Defendant William  Compton, P.C. sayre@nicola.com
              John D Sayre    on behalf of Defendant Stephen M. Finley sayre@nicola.com
              John D Sayre    on behalf of Defendant   MIMFlow Technologies, LLC successor in merger to Au Parts
               Co., Inc sayre@nicola.com
              John D Sayre    on behalf of Defendant Joseph  Hoffman sayre@nicola.com
              John D Sayre    on behalf of Defendant William  Rivers, P.C. sayre@nicola.com
              John D Sayre    on behalf of Defendant Charles L. Perry, P.C. sayre@nicola.com
              John D Sayre    on behalf of Defendant Joseph  Hoffman, PC sayre@nicola.com
              John D Sayre    on behalf of Defendant Victor B. Zanetti sayre@nicola.com
              John D Sayre    on behalf of Defendant Victor  Zanetti, P.C. sayre@nicola.com
              John D Sayre    on behalf of Defendant Charles L. Perry sayre@nicola.com
              John F. McCaffrey    on behalf of Defendant Lawrence  Gesner jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant J. Michael Tibbals jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Jill  Draffin jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Jerry  Moore jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant   Non-Settling Defendants jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Daniel A. Bailey jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Philip M. Horowitz jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Danny  Cvetanovich jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Daniel  Bailey jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Victor B. Zanetti jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant John  James jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Stephen  Ellis jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Ronald  Warner jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant William  Stavole jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Interested Party   Executive and Management Committee Members
                jfm@paladin-law.com, bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Kim W. West jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Lawrence H. Gesner jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Philip  Horowitz jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Hugh M. Stanley, Jr. jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Mark S. Solomon jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Victor  Zanetti jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Stephen  LaCount jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Kim  West jfm@paladin-law.com, bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant Harry  Cornett jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant ron  warner jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant John E. James jfm@paladin-law.com,
               bnolan@paladin-law.com
              John F. McCaffrey    on behalf of Defendant J. Michael  Tibbals jfm@paladin-law.com,
               bnolan@paladin-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
John F. McCaffrey    on behalf of Defendant Stephen C. Ellis jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Frank A. LaManna jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Ron  Warner jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Jerry A. Moore jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Danny L. Cvetanovich jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Mark  Solomon jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Joseph  Hoffman jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Stephen H. LaCount jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant William J Stavole jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Harry D. Cornett, Jr. jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Hugh  Stanley jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Jill MacGregor Draffin jfm@paladin-law.com,
 bnolan@paladin-law.com
John J Guy   on behalf of Creditor Walid  Mando johnguy@neo.rr.com
John L Reyes    on behalf of Interested Party Jeffrey A. Healy jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Keith H. Raker jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Robert B. Tomaro jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Bart L. Kessel jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Robert J. Hanna jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Irene C. Keyse-Walker jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Michael C. Zellers jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Matthew P. Moriarty jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Robert C. Tucker jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Curtiss L. Isler jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Gary L. Dinner jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party John X. Garred jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Kim W. West jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Ed E. Duncan jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Michael F. Harris jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Eugene M. Killeen jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Susan L. Mizer jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Glenn E. Morrical jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party  Tucker, Ellis & West, LLP jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Henry E. Billingsley jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Michael E. Elliott jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Harry D. Cornett, Jr. jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Stephen C. Ellis jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Peter J. Koenig jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Edward E Duncan jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Carter E. Strang jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Susan L. Racey jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party John T. Doheny jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Lawrence A. Callaghan jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Joseph J. Morford jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Martin H.  Lewis jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Hugh M. Stanley, Jr. jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Mark F. McCarthy jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Nicholas C. York jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Thomas R. Simmons jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Brian W. FitzSimons jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party George  Gore jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Leslie E. Criswell jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Richard A. Dean jreyes@bdblaw.com
John R. Tate    on behalf of Defendant    Viewpoint School johntate@dwt.com,  avisjackson@dwt.com
John T Lillis    on behalf of Defendant John T. Lillis jlillis@klselaw.com
John T Lillis    on behalf of Defendant    JVC America, Inc. jlillis@klselaw.com
John Winship Read    on behalf of Defendant Thomas J. Onushko jwread@vorys.com,  hhroscoe@vory.com
John Winship Read    on behalf of Defendant    Seahorse Shipping, LLC jwread@vorys.com,
 hhroscoe@vory.com
John Winship Read    on behalf of Defendant    Certain Interested Underwriters at Lloyd's London
 jwread@vorys.com,  hhroscoe@vory.com
John Winship Read    on behalf of Intervenor Gerald M. Fisher jwread@vorys.com,  hhroscoe@vory.com
John Winship Read    on behalf of Defendant    Interested Syndicates of Lloyd's London
 jwread@vorys.com,  hhroscoe@vory.com
John Winship Read    on behalf of Defendant    Big Dog Holdings, Inc. jwread@vorys.com,
 hhroscoe@vory.com
John Winship Read    on behalf of Defendant Robert  Krintzman jwread@vorys.com,  hhroscoe@vory.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John Winship Read    on behalf of Defendant    B.E. Logistics, Inc. jwread@vorys.com,
               hhroscoe@vory.com
              John Winship Read    on behalf of Defendant Gerald M. Fisher jwread@vorys.com,   hhroscoe@vory.com
              John Winship Read    on behalf of Defendant Gerald  Fisher jwread@vorys.com,   hhroscoe@vory.com
              John Winship Read    on behalf of Defendant John  Hosack jwread@vorys.com,   hhroscoe@vory.com
              John Winship Read    on behalf of Defendant    Diamond Brothers Five Partnership, L.P.
               jwread@vorys.com,   hhroscoe@vory.com
              Jonathan D. Greenberg    on behalf of    Thomas R. Eby, Co., Inc. jgreenberg@walterhav.com,
               lkreider@walterhav.com;gab@walterhav.com
              Jonathan D. Greenberg    on behalf of Defendant    Thomas R. Eby Co., Inc. jgreenberg@walterhav.com,
               lkreider@walterhav.com;gab@walterhav.com
              Jonathan P Blakely    on behalf of Creditor    MCS/Texas Direct Inc jblakelylaw@windstream.net
              Joseph B Jerome    on behalf of Mediator Joseph B. Jerome jbj@jeromelaw.com
              Joseph C. Pickens    on behalf of Defendant Edwin  Marzec jpickens@taftlaw.com,   khines@taftlaw.com
              Joseph D. Carney    on behalf of Defendant Dr. Gary L. Groves, M.D. jdc@jdcarney.com
              Joseph P DiVincenzo    on behalf of Defendant    Alderm NA, LLC j.divincenzo@rdgattorneys.com
              Joseph R. Spoonster    on behalf of Plaintiff Marc P. Gertz jspoonster@fklaborlaw.com,
               mtomic@harpstross.com
              Joseph R. Spoonster    on behalf of Trustee Marc P. Gertz jspoonster@harpstross.com,
               mtomic@harpstross.com
              Julie L Juergens    on behalf of Defendant    Chubb & Son jjuergens@gsfn.com,
               kperhacs@gallaghersharp.com
              Justin W. Ristau    on behalf of Attorney    Bricker & Eckler, LLP jristau@bricker.com,
               aklein@bricker.com
              Justin W. Ristau    on behalf of Defendant Alan J. Ross jristau@bricker.com,   aklein@bricker.com
              Justin W. Ristau    on behalf of Attorney    Bricker & Eckler LLP jristau@bricker.com,
               aklein@bricker.com
              Justin W. Ristau    on behalf of Defendant Glenn S. Krassen jristau@bricker.com,
               aklein@bricker.com
              Karen Kelly Grasso    on behalf of Plaintiff Marc P. Gertz kkgrasso@wideopenwest.com,
               kkgrasso@hotmail.com
              Kelly R. Vickers    on behalf of Creditor    EnviroClean International, Inc. kvickers@lockelord.com,
               vlong@lockelord.com
              Kenneth L. Mitchell    on behalf of Defendant    Woodling Krost & Rust clevepat@aol.com,
               clevepat@sbcglobal.net
              Kenneth L. Mitchell    on behalf of Counter-Claimant    Woodling Krost & Rust clevepat@aol.com,
               clevepat@sbcglobal.net
              Kirk W. Roessler    on behalf of Defendant    Patron Systems, Inc., successor by merger to
               Entelagent Software Corp. kroessler@walterhav.com,
               kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
              Kirk W. Roessler    on behalf of Defendant    Patron Systems, Incorporated, successor in merger to
               Entelagent Software Corp. kroessler@walterhav.com,
               kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
              Leah M. Caplan    on behalf of Defendant    International Coffee & Tea LLC lmc@ml-legal.com
              Leah M. Caplan    on behalf of Interested Party    International Coffee & Tea, LLC lmc@ml-legal.com
              Lee D Powar    on behalf of Creditor    Nutmeg Insurance Company ldpowar@hahnlaw.com,
               hlpcr@hahnlaw.com
              Lee D Powar    on behalf of Creditor    St. Paul Surplus Lines Insurance Company
               ldpowar@hahnlaw.com,   hlpcr@hahnlaw.com
              Lee D Powar    on behalf of Creditor    Columbia Casualty Company ldpowar@hahnlaw.com,
               hlpcr@hahnlaw.com
              Lee R Kravitz    on behalf of Defendant John  Frei leekravitz@sbcglobal.net
              Lynn Rowe Larsen    on behalf of Creditor    Commercial Moving & Installation, Inc.
               llarsen@taftlaw.com,   llauren@taftlaw.com
              Marc A. Melamed    on behalf of Defendant Jerome H. Schmelzer AGBkcy@jbandr.com
              Marc P. Gertz    mpgertz@gertzrosen.com,   dmichna@gertzrosen.com;mgertz@iq7technology.com
              Marc P. Gertz    on behalf of Plaintiff Marc P. Gertz mpgertz@gertzrosen.com,
               dmichna@gertzrosen.com
              Mario C. Ciano    on behalf of Mediator Mario C Ciano mciano@reminger.com
              Mark A McLean    on behalf of Defendant Mark  McLean mark@mcleanfirm.com,
               ben@mcleanfirm.com;jackie@mcleanfirm.com
              Mark M George    on behalf of Defendant Gary  Habeeb markgeorgeatty@gmail.com,   dodihj@gmail.com
              Mark M George    on behalf of Defendant    United Mortgage Group, Inc. markgeorgeatty@gmail.com,
               dodihj@gmail.com
              Marvin A. Sicherman    on behalf of Attorney Marvin A Sicherman masicherman@gmail.com,
               mas61@case.edu
              Mary Ann Rabin    on behalf of Defendant Robert  Wilson mrabin@rabinandrabin.com
              Mary K. Whitmer    on behalf of Interested Party Jay  Thompson mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Peter K. Rundle mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Defendant Clive  Essakow mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party William  Reavey mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
              Mary K. Whitmer    on behalf of Interested Party Andrew M. Glatt mkw@weadvocate.net,
               mary-k-whitmer-0919@ecf.pacerpro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mary K. Whitmer   on behalf of Interested Party Thomas A. Reilly mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Mary K. Whitmer   on behalf of Interested Party Chris  Kilpatrick mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Mary K. Whitmer   on behalf of Interested Party Chinin  Tana mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Mary K. Whitmer   on behalf of Interested Party Joseph P. Quinby mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Mary K. Whitmer   on behalf of Interested Party David R Posteraro mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Mary K. Whitmer   on behalf of Defendant Allan L. Rudick mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Mary K. Whitmer   on behalf of Interested Party Michael  Madgett mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Mary K. Whitmer   on behalf of Counter-Claimant Allan L. Rudick mkw@weadvocate.net, mary-k-whitmer-0919@ecf.pacerpro.com
        Matthew  Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
        Matthew G. Maben   on behalf of Defendant Gus  Stearns mmaben@forsheyprostok.com, dkennard@forsheyprostok.com;calendar@forsheyprostok.com
        Matthew G. Maben   on behalf of Defendant   Engenium Corporation mmaben@forsheyprostok.com, dkennard@forsheyprostok.com;calendar@forsheyprostok.com
        Matthew J. McCracken   on behalf of Defendant   Nidek, Inc. mjm@chernettwasserman.com
        Matthew T. Fitzsimmons    on behalf of Defendant Victor  Zanetti, P.C. fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Joseph  Hoffman, PC fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Joseph  Hoffman fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Victor B. Zanetti fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant J. David Washburn fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant J David Washburn, PC fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Stephen M Finley, PC fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Robert H. Bradford fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Mark S. Solomon fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant William L. Rivers fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Stephen M. Finley fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Charles L. Perry fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Interested Party Charles L. Perry fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant William  Compton, P.C. fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant Charles L. Perry, P.C. fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant William G. Compton fitzsimmons@nicola.com, kane@nicola.com
        Matthew T. Fitzsimmons    on behalf of Defendant William  Rivers, P.C. fitzsimmons@nicola.com, kane@nicola.com
        Max W. Thomas    on behalf of Defendant   Summit Scottsdale, LLC mthomas@ulmer.com, dkucharski@ulmer.com
        Michael  McNamee   on behalf of Defendant Paul J. and Mary J.  Guta mcnamee1@sbcglobal.net
        Michael A. Steel   on behalf of Spec. Counsel Robert  Bernstein masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Trustee Marc P. Gertz masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Plaintiff Marc P. Gertz masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Consultant   Intelysis Corp. masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Spec. Counsel   Anderson, Kill & Olick, P.C. masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Spec. Counsel   Goldman & Rosen, Ltd. masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Attorney   Goldman and Rosen Ltd masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Consultant   Dunbar, Bender  Zapf, Inc. masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael A. Steel   on behalf of Attorney    Plotkin, Rapoport & Nahmias masteel@bmdllc.com, attysteel@gmail.com;syoho@bmdllc.com
        Michael S Tucker   on behalf of Witness Frank A LaManna mtucker@ulmer.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Michael S Tucker     on behalf of Creditor    Stasan, Inc. mtucker@ulmer.com
            Michael S Tucker     on behalf of Creditor Richard   Blumberg mtucker@ulmer.com
            Michael S. Kogan     on behalf of Creditor Michael   Kogan mkogan@koganlawfirm.com
            Michael S. Kogan     on behalf of Defendant Michael   Kogan mkogan@koganlawfirm.com
            Michael T. O'Halloran    on behalf of Defendant    Burnham Real Estate Services mto@debtsd.com,
             ac@debtsd.com;cs@debtsd.com
            Nicholas C. De Santis, III    on behalf of Interested Party Chrysta A. Castaneda
             desantis@zieglermetzger.com,
             mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
            Nicholas C. De Santis, III    on behalf of Defendant Chrysta A. Castaneda
             desantis@zieglermetzger.com,
             mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
            Nicholas C. De Santis, III    on behalf of Defendant Chrysta A. Castaneda, PC
             desantis@zieglermetzger.com,
             mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
            Niki Z. Schwartz     on behalf of Interested Party Brian W. FitzSimons nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Mark F. McCarthy nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Peter J. Koenig nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Martin H.  Lewis nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Jeffrey A. Healy nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Glenn E. Morrical nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Kim W. West nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Michael F. Harris nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Curtiss L. Isler nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Robert C. Tucker nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Carter E. Strang nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Brian W FitzSimmons nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Attorney    Goldman and Rosen Ltd nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Michael C. Zellers nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Leslie E. Criswell nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Robert J. Hanna nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Michael E. Elliott nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Keith H. Raker nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party John X. Garred nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party    Tucker, Ellis & West, LLP nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Joseph J. Morford nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Matthew P. Moriarty nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Stephen C. Ellis nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Lawrence A. Callaghan nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party John T. Doheny nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Hugh M. Stanley, Jr. nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Susan L. Racey nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party George  Gore nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Susan L. Mizer nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Nicholas C. York nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Irene C. Keyse-Walker nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Richard A. Dean nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Harry D. Cornett, Jr. nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Gary L. Dinner nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Bart L. Kessel nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Eugene M. Killeen nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Thomas R. Simmons nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Henry E. Billingsley nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Robert B. Tomaro nschwartz@sdlpa.com
            Niki Z. Schwartz     on behalf of Interested Party Edward E Duncan nschwartz@sdlpa.com
            Orville L. Reed      on behalf of Defendant Harry D. Cornett, Jr. oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Kim W. West oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Hugh M. Stanley, Jr. oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant George F. Gore oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Glenn E. Morrical oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Michael E. Elliott oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Mark F. McCarthy oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Susan L. Mizer oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Michael F. Harris oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Bart L. Kessel oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Robert J. Hanna oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Matthew P. Moriarty oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Joseph J. Morford oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Irene C. Keyse-Walker oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Eugene M. Killeen oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Nicholas C. York oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant    Tucker Ellis & West LLP oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Carter E. Strang oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Gary L. Dinner oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Leslie E. Criswell oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Susan L. Racey oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant Jeffrey A. Healy oreed@stark-knoll.com
            Orville L. Reed      on behalf of Defendant John X. Garred oreed@stark-knoll.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Orville L. Reed    on behalf of Defendant Peter J. Koenig oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Curtiss L. Isler oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Thomas R. Simmons oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Robert B. Tomaro oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Robert C. Tucker oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Richard A. Dean oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Stephen C. Ellis oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Ed E. Duncan oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Martin H.  Lewis oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Keith H. Raker oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Brian W. FitzSimons oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Henry E. Billingsley oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant Lawrence A. Callaghan oreed@stark-knoll.com
              Orville L. Reed    on behalf of Defendant John T. Doheny oreed@stark-knoll.com
              Patricia Fleming Krewson    on behalf of Defendant   PS Sook, Ltd. pkrewson@littler.com,
               jclark@littler.com
              Patricia Fleming Krewson    on behalf of Defendant Dr. T. William  Evans pkrewson@littler.com,
               jclark@littler.com
              Patricia Fleming Krewson    on behalf of Defendant   The Irvine Company pkrewson@littler.com,
               jclark@littler.com
              Patrick J Keating    on behalf of Interested Party Eugene M. Killeen pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Peter J. Koenig pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Bart L. Kessel pkeating@bdblaw.com,  sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Stephen M. Finley pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Michael C. Zellers pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Dennis D. Grant pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Katherine B. Bowman pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Jeffrey A. Healy pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Leslie E. Criswell pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Kim W. West pkeating@bdblaw.com,  sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party William G. Compton pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Lawrence A. Callaghan pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Keith H. Raker pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Mark S. Solomon pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Charles L. Perry pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Victor B. Zanetti pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Jeffrey A. Healy pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant    Tucker Ellis&West LLP pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Robert R. Dunn pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Stephen C. Ellis pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party William L Rivers, PC pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Joseph  Hoffman pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Robert B. Tomaro pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Stephen M Finley, PC pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Michael F. Harris pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Matthew P. Moriarty pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant John X. Garred pkeating@bdblaw.com,  sconard@bdblaw.com
              Patrick J Keating    on behalf of Defendant Mark F. McCarthy pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Edward E Duncan pkeating@bdblaw.com,
               sconard@bdblaw.com
              Patrick J Keating    on behalf of Interested Party Donald G. Paynter pkeating@bdblaw.com,
               sconard@bdblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | |
|---|---|---|
| Patrick J Keating | on behalf of Interested Party Kim W. West | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Thomas R. Simmons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Dane Stinson | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Ed E. Duncan | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party John T. Doheny | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Harry D. Cornett, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant John T. Doheny | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert C. Tucker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Nick V. Cavalieri | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Bart L. Kessel | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael Goodstein | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Nancy J. Manougian | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Curtiss L. Isler | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party William Compton, P.C. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Gary S. Batke | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Carter E. Strang | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Brian W. FitzSimons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Thomas R. Simmons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Susan L. Racey | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael P. Mahoney | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael C. Zellers | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Brian W. FitzSimons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Mark F. McCarthy | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael F. Harris | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Matthew P. Moriarty | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Peter J. Koenig | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party William L. Rivers | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Joseph J. Morford | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Charles L Perry, PC | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Yvette A. Cox | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Hugh M. Stanley, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert J. Hanna | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Creditor Stephen C. Ellis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party William A. Adams | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party R. Stacy Lane | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Irene C. Keyse-Walker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Richard D. Brooks | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Michael E. Elliott | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant George F. Gore | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Susan L. Racey | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Gary L. Dinner | pkeating@bdblaw.com, sconard@bdblaw.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

| | | |
|---|---|---|
| Patrick J Keating | on behalf of Interested Party Hugh M. Stanley, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Daniel R. Hackett | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Donald A. Davies | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Leslie E. Criswell | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Robert C. Tucker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Susan L. Mizer | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Ed E. Duncan | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Stephen C. Ellis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Victor Zanetti, P.C. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Daniel A. Bailey | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Glenn E. Morrical | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert H. Bradford | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Nicholas C. York | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Nicholas C. York | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party James G. Ryan | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Michael E. Elliott | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Carter E. Strang | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Creditor Harry D. Cornett, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Robert R. Eblin | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Irene C. Keyse-Walker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Joseph Hoffman, PC | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party James M. Groner | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Keith H. Raker | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Harry D. Cornett, Jr. | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Henry E. Billingsley | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party J David Washburn, PC | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Gary L. Dinner | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Martin H. Lewis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party D. David Carroll | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Richard A. Dean | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Richard A. Dean | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party John X. Garred | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Joseph J. Morford | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Glenn E. Morrical | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Eugene M. Killeen | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Susan L. Mizer | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Brian W FitzSimmons | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Defendant Martin H. Lewis | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Danny L. Cvetanovich | pkeating@bdblaw.com, sconard@bdblaw.com |
| Patrick J Keating | on behalf of Interested Party Lawrence A. Callaghan | pkeating@bdblaw.com, sconard@bdblaw.com |

```
District/off: 0647-1           User: ejone              Page 15 of 16             Date Rcvd: Jun 05, 2020
                               Form ID: pdf849          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Patrick J Keating   on behalf of Interested Party Curtiss L. Isler pkeating@bdblaw.com, sconard@bdblaw.com
          Patrick J Keating   on behalf of Creditor Robert C. Tucker pkeating@bdblaw.com, sconard@bdblaw.com
          Patrick J Keating   on behalf of Interested Party Henry E. Billingsley pkeating@bdblaw.com, sconard@bdblaw.com
          Patrick J Keating   on behalf of Defendant Robert J. Hanna pkeating@bdblaw.com, sconard@bdblaw.com
          Patrick J Keating   on behalf of Interested Party Robert B. Tomaro pkeating@bdblaw.com, sconard@bdblaw.com
          Patrick J Keating   on behalf of Interested Party George  Gore pkeating@bdblaw.com, sconard@bdblaw.com
          Paul E. Harner   on behalf of Debtor    Arter&Hadden paulharner@paulhastings.com, emilydillingham@paulhastings.com
          Peter C. Freeman   on behalf of Defendant    OLEC Corporation peter@peterfreemanlaw.com
          Peter Michael Reed   on behalf of Creditor    Midland Central Appraisal District othercourts@mvbalaw.com
          Peter Michael Reed   on behalf of Attorney Peter Michael Reed othercourts@mvbalaw.com
          R.  Crouch   on behalf of Creditor Marcia  Crouch mcrouch@shapirofussell.com
          Ralph E Cascarilla   on behalf of Defendant Michael P. Mahoney rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Gary S. Batke rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant James G. Ryan rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Donald A. Davies rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Dennis D. Grant rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Robert R. Dunn rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Daniel R. Hackett rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant William A. Adams rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Nick V. Cavalieri rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Yvette A. Cox rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant D. David Carroll rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Richard D. Brooks rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Donald G. Paynter rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant R. Stacy Lane rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Nancy J. Manougian rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Robert R. Eblin rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Danny L. Cvetanovich rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant    Bailey Cavalieri, LLC rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant James M. Groner rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Daniel A. Bailey rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Michael  Goodstein rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Katherine B. Bowman rcascarilla@walterhav.com
          Ralph E Cascarilla   on behalf of Defendant Dane  Stinson rcascarilla@walterhav.com
          Richard A. Baumgart   on behalf of Mediator Richard A. Baumgart rbaumgart@dsb-law.com
          Richard C Kenney, Jr   on behalf of Defendant Breton  Bocchieri rcklpa@sbcglobal.net
          Robert A. Bell   on behalf of Creditor Richard T. Miller rabell@vorys.com, mdwalkuski@vorys.com
          Robert B. Malone   on behalf of Defendant    Enterprise Imaging Solutions, Inc. rbm890@aol.com
          Robert C. Meeker   on behalf of Defendant Diana J. Beck rcmeeker@bmblaw.com, mrl@bmblaw.com
          Robert D. Barr   on behalf of Defendant    Robotic Parking rbarr@koehler.law, rbarr@koehler.law
          Robert M Gippin   on behalf of Plaintiff Marc P. Gertz rgippin@rlbllp.com, rgippin@gmail.com
          Robert M Gippin   on behalf of Trustee Marc P. Gertz rgippin@goldman-rosen.com, rgippin@gmail.com
          Robert S. Bernstein   on behalf of Spec. Counsel Robert  Bernstein rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein   on behalf of Petitioning Creditor Richard  DeLuce rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein   on behalf of Petitioning Creditor Stephen T. Swanson rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein   on behalf of Creditor Robert  Henigson rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein   on behalf of Trustee Marc P. Gertz rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein   on behalf of Petitioning Creditor    Petitioning Creditors rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein   on behalf of Plaintiff Marc P. Gertz rbernstein@bernsteinlaw.com, pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com;ssroka@ecf.courtdrive.com
          Rocco I. Debitetto   on behalf of Defendant Judith M. Isler ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
          Rocco I. Debitetto   on behalf of Creditor Michael C. Zellers ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com

**03-23293-aih    Doc 2379    FILED 06/07/20    ENTERED 06/08/20 00:16:34    Page 15 of 20**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Rocco I. Debitetto    on behalf of Defendant Michael C. Zellers ridebitetto@hahnlaw.com,
 cmbeitel@hahnlaw.com
Rocco I. Debitetto    on behalf of Creditor Curtis L. Isler ridebitetto@hahnlaw.com,
 cmbeitel@hahnlaw.com
Rocco I. Debitetto    on behalf of Creditor Jan W. Zellers ridebitetto@hahnlaw.com,
 cmbeitel@hahnlaw.com
Rocco I. Debitetto    on behalf of Defendant Jan W. Zellers ridebitetto@hahnlaw.com,
 cmbeitel@hahnlaw.com
Rocco I. Debitetto    on behalf of Defendant Curtis L. Isler ridebitetto@hahnlaw.com,
 cmbeitel@hahnlaw.com
Rocco I. Debitetto    on behalf of Creditor Judith M. Isler ridebitetto@hahnlaw.com,
 cmbeitel@hahnlaw.com
Roger E. Marken    on behalf of Interested Party Roger E. Marken rmarken@mmnt.com,
 lbeckham@mmnt.com
Ryan   Routh    on behalf of Plaintiff    Arter & Hadden LLP rrouth@jonesday.com
Ryan   Routh    on behalf of Attorney    Jones Day rrouth@jonesday.com
Ryan   Routh    on behalf of Defendant    Jones Day Reavis & Pogue rrouth@jonesday.com
Ryan   Routh    on behalf of Attorney Ryan   Routh rrouth@jonesday.com
Ryan   Routh    on behalf of Debtor    Arter&Hadden rrouth@jonesday.com
Scott D. Fink    on behalf of Creditor    Great Lakes Lithograph ecfndoh@weltman.com
Scott D. Fink    on behalf of Creditor    Applied Laser Technologies ecfndoh@weltman.com
Scott D. Fink    on behalf of Creditor    Great Lakes Companies ecfndoh@weltman.com
Scott D. Fink    on behalf of Creditor    APPLIED LASER TECHNOLOGIES AND GREAT LAKES COMPANIES
 ecfndoh@weltman.com
Scott H Scharf    on behalf of Defendant Richard A.   Lebby scharf@scharflegal.com
Scott H Scharf    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
 scharf@scharflegal.com
Scott N Opincar    on behalf of Defendant    Andrews Kurth LLP sopincar@mcdonaldhopkins.com,
 bkfilings@mcdonaldhopkins.com
Stephen D. Hobt    on behalf of Defendant    Neoplan USA Corporation shobt@aol.com
Stephen M. Bales    on behalf of Interested Party Chrysta A. Castaneda sbales@zieglermetzger.com,
 jramos@zieglermetzger.com
Stephen M. Bales    on behalf of Defendant Chrysta A. Castaneda, PC sbales@zieglermetzger.com,
 jramos@zieglermetzger.com
Stephen M. Bales    on behalf of Defendant Chrysta A. Castaneda sbales@zieglermetzger.com,
 jramos@zieglermetzger.com
Steven J Miller    on behalf of Creditor Stanley M Fisher miller@MGFL-law.com,
 hinkle@MGFL-law.com;heidenreich@MGFL-law.com
Steven S Davis    sdavis@epitrustee.com
Susan Barnes de Resendiz    on behalf of Defendant    Echo Rock Ventures, Inc. sderesendiz@gcd.com
Susan M Weaver    on behalf of Creditor Alvin   Powell susan@susanweaverlaw.com
Susan M. Zidek    on behalf of    Thomas R. Eby, Co., Inc. szidek@meyersroman.com
Suzana Krstevski Koch    on behalf of Defendant    American Labor Law Company suzana.koch@usdoj.gov,
 USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
Suzana Krstevski Koch    on behalf of Defendant    Bank of the West suzana.koch@usdoj.gov,
 USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
Suzana Krstevski Koch    on behalf of Creditor    Iron Mountain Information Management, Inc.
 suzana.koch@usdoj.gov,   USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
Terrence L. Cariglio    on behalf of Defendant    Yarrow Financial Services tc@cariglio.com
Theodore M Mann, Jr    on behalf of Mediator Theodore M. Mann, Jr. mannlawoffice@ameritech.net
Thomas C Pavlik    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
 lgoeden@npdcleveland.com,   tpavlik@npdcleveland.com
Thomas C Pavlik    on behalf of Defendant Richard A.   Lebby lgoeden@npdcleveland.com,
 tpavlik@npdcleveland.com
Thomas D Robenalt    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
 trobenalt@nrpslaw.com
Thomas D Robenalt    on behalf of Defendant Richard A.   Lebby trobenalt@nrpslaw.com
Thomas W. Coffey    on behalf of Creditor    M. Weingold & Co. tcoffey@tcoffeylaw.com
Timothy A. Riedel    on behalf of Creditor    Executor of the Estate of John A. Jenkins
 triedel@baileycav.com,   BR-ECF@BaileyCav.com;lpatterson@baileycav.com
Timothy S. Rankin    on behalf of Defendant    Reliant Services, Inc. tsr@olrlaw.com
Trish D. Lazich    on behalf of Defendant Frank A. LaManna trish.lazich@ohioattorneygeneral.gov,
 angelique.dennis-noland@ohioattorneygeneral.gov
Trish D. Lazich    on behalf of Witness Frank A LaManna trish.lazich@ohioattorneygeneral.gov,
 angelique.dennis-noland@ohioattorneygeneral.gov
Victor D. Radel    on behalf of Defendant    Nidek, Inc. vdr@cwyplaw.com
W Clark Watson    on behalf of Defendant    Compass Bank cwatson@balch.com
W Clark Watson    on behalf of Creditor    Compass Bank cwatson@balch.com
Wendy J Gibson    on behalf of Defendant    TMC Financial wgibson@bakerlaw.com
                                                                                  TOTAL: 744
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 4, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 4, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re: Arter & Hadden ) Case No. 03-23293- aih
) Chapter 7
) Judge Arthur I. Harris
)
) PETITION FOR UNCLAIMED FUNDS
Debtors ) AND ORDER THEREON[1]

Alliance Research & Recovery, Inc. , the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1. *Identification of Claimant.* The Claimant's current name, address, and telephone number are:
   Name: Jerome Hochberg
   Address: 5111 Seahorse Avenue, Naples, FL 34103
   Telephone Number: 239-434-8382

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or Authorized Representative.
- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court, or; (b) a person or entity that gained the rights of ownership of the original owner's claim.
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.

2. *Amount of Distribution.* The Claimant was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $<u>932.04</u>. The Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A, and will be docketed as private docket events.

3. *Evidence of Funds Due.* The funds due Claimant were deposited with the Court pursuant to <u>11 U.S.C. § 347</u>. As evidence thereof, the following document is appended to the Petition (check applicable box):

    - [✓] a copy of the Unclaimed Funds Search web page;
    - [ ] a copy of the court order depositing the funds into the Treasury/Registry as unclaimed;
    - [ ] a copy of the receipt and attached list of parties entitled to the unclaimed funds;
    - [ ] other supporting documentation (please describe): _____

4. *Legal Status of Petitioner.* The following checked statement applies:

    - [ ] Petitioner is the Claimant.
    - [ ] Petitioner is an attorney at law representing the Claimant.
    - [✓] Petitioner is the Authorized Representative of the Claimant.
    - [ ] Petitioner is an attorney at law representing the Authorized Representative of the Claimant.
    - [ ] The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim): _____

5. *Authorized Representative of Claimant.* If the Petitioner is the Authorized Representative of the Claimant, or an attorney at law representing the Authorized Representative of the Claimant, append to the Petition a notarized, original power of attorney signed by the Claimant on whose behalf the representative is acting.

2

6. *Status of Successor Claimant.* If the current Claimant is not the original holder of the claim, the following requirements apply:

   (a) *Successor Business.* If Claimant is a Successor Business Claimant, check this box ☐ and append to the Petition the following documents:
   - a notarized power of attorney signed by an officer of the successor business;
   - a statement of the signing officer's authority; and
   - documentation establishing chain of ownership from the Business Claimant.

   (b) *Transferred Claim.* If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☐ and append to the Petition documentation evidencing the transfer of claim.

   (c) *Decedent's Estate.* If the owner of record is deceased and the Claimant is the decedent's estate, check this box ☐ and append to the Petition certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

7. *Verification of Claim.* Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8. *False Statements.* Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9. *Exhibit A.* Petitioner certifies that the required proofs of identification attached to Exhibit A are legitimate and proper.

10. *Service.* Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this 22nd day of April, 2020 to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 2, above, and that payment be forwarded to the Petitioner.

3

Under penalty of perjury, I, the Claimant, or the Authorized Representative of the Claimant, certify that:

1. The information contained herein is true and correct to the best of my knowledge, information, and belief;
2. The Tax ID/Social Security Number on Exhibit A is correct, and;
3. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and;
4. I am (a) an individual who is a U.S. citizen or U.S. resident alien, or (b) a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

_____  4/25/20
(Corporate Seal, if applicable)  Signature of Claimant or Authorized Representative of Claimant  Date

State of NJ
County of MORRIS

Before me on April 25 20 personally appeared the Claimant or the Authorized Representative of Claimant (insert name and title of signer) Dan Kornreich

personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that (s)he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

(SEAL)

_____
Notary Public

My commission expires on Oct 28 20

_____
Petitioner's Signature (Bar Number if Attorney)

184 S. Livingston Ave, Suite 9-208

Livingston, NJ 07039
Petitioner's Address

973 422 0225
Petitioner's Phone Number

RONNIE KRAUSER
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires Oct. 28, 2020

IT IS SO ORDERED.
# # #

4