United States Bankruptcy Court
Northern District of Ohio

In re:                                                          Case No. 03-23293-aih
Arter&Hadden                                                    Chapter 7
Petitioning Creditors
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-1        User: ejone            Page 1 of 16           Date Rcvd: Sep 17, 2020
                      Form ID: pdf849       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
                Richard De Luce,    620 Sand Hill Rd,    Apt 113E,    Palo Alto, CA 94304-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Sep 18 2020 00:14:50      United States Trustee,
          Office of the U.S. Trustee,    H.M Metzenbaum U.S. Courthouse,
          201 Superior Avenue East Suite 441,    Cleveland, OH 44114-1234
cl              +E-mail/Text: amelone@asset-recovery.net Sep 18 2020 00:16:13      Asset Recovery Trust,
          c/o Stephen E. Auch,    PO Box 4296,    Costa Mesa, CA 92628-4296
                                                                                                                                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
        Alan P DiGirolamo    on behalf of Defendant    Lutheran Hospital adigirolamo@bdblaw.com,
      kdiiorio@bdblaw.com
        Amy L. Good    on behalf of U.S. Trustee    United States Trustee amy.l.good@usdoj.gov
        Barbara   Mandell    on behalf of Defendant    Interinsurance Exchange for the Automobile Club
      bjm@gilbertkelly.com
        Barbara   Mandell    on behalf of Creditor Dee Ann Murdock bjm@gilbertkelly.com
        Barbara   Mandell    on behalf of Debtor    Arter&Hadden bjm@gilbertkelly.com
        Benjamin W. Ogg    on behalf of Defendant    Reliant Services, Inc. bwo@manleydeas.com
        Beth Ann Schenz    on behalf of Creditor    Applied Laser Technologies bkecf@huntington.com
        Brent M Buckley    on behalf of Defendant    The Huntington National Bank buckley@bucklaw.com,
      anderson@buckleyking.com
        Brian A. Bash    on behalf of Interested Party Robert H. Bradford BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Dennis D. Grant BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Brian W. FitzSimons BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Charles L. Perry BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Donald A. Davies BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Victor  Zanetti, P.C. BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party James M. Groner BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Richard D. Brooks BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party William L. Rivers BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Stephen M. Finley BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Dane  Stinson BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Ed E. Duncan BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Victor B. Zanetti BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Danny L. Cvetanovich BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Robert R. Eblin BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party William L Rivers, PC BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party William  Compton, P.C. BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Daniel A. Bailey BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party D. David Carroll BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Mark S. Solomon BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Stephen M Finley, PC BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Michael P. Mahoney BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party J David Washburn BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party Gary S. Batke BBash@bakerlaw.com
        Brian A. Bash    on behalf of Interested Party    Andrews Kurth LLP BBash@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
            Brian A. Bash   on behalf of Interested Party Robert R. Dunn BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party R. Stacy Lane BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Nancy J. Manougian BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Donald G. Paynter BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party James G. Ryan BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party William A. Adams BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Katherine B. Bowman BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party William G. Compton BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Charles L Perry, PC BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Joseph Hoffman, PC BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Yvette A. Cox BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Joseph  Hoffman BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Nick V. Cavalieri BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Daniel R. Hackett BBash@bakerlaw.com
            Brian A. Bash   on behalf of Interested Party Michael  Goodstein BBash@bakerlaw.com
            Brian J. Halligan    on behalf of Defendant    Universal Enterprises, Inc.
             bhalligan@halliganlanglaw.com, VLang@halliganlanglaw.com
            Brian J. Halligan    on behalf of Defendant    RGR Technologies, Inc. bhalligan@halliganlanglaw.com,
             VLang@halliganlanglaw.com
            Brian J. Halligan    on behalf of Defendant Ralph G Ridenour bhalligan@halliganlanglaw.com,
             VLang@halliganlanglaw.com
            Brian Jacob Dilks    cmecf@dilksknopik.com, dilksknopik@ecf.courtdrive.com
            Bruce H Wilson    on behalf of Mediator Bruce H. Wilson BruceWilsonEsq@aol.com
            Bruce J.L. Lowe   on behalf of Defendant   PS Sook, Ltd. blowe@taftlaw.com,
             CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
            Bruce J.L. Lowe   on behalf of Defendant   The Irvine Company blowe@taftlaw.com,
             CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
            Bruce J.L. Lowe   on behalf of Defendant   Hamburger Mary's International LLC blowe@taftlaw.com,
             CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
            Bruce J.L. Lowe   on behalf of Defendant   Senior Living Enterprises blowe@taftlaw.com,
             CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
            Bruce J.L. Lowe   on behalf of Creditor   The Irvine Company blowe@taftlaw.com,
             CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
            Bruce J.L. Lowe   on behalf of Defendant Dr. T. William  Evans blowe@taftlaw.com,
             CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
            Bryan J Farkas   on behalf of Interested Party Gerald  Fisher bjfarkas@vorys.com,
             bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
            Carl E. Black   on behalf of Attorney    Jones Day ceblack@jonesday.com
            Charles E. Bobinis    on behalf of Plaintiff Marc P. Gertz cbobinis@bobinis.com
            Charles E. Bobinis    on behalf of Trustee Marc P. Gertz cbobinis@bobinis.com
            Christine M Pierpont    on behalf of Defendant Thomas E. McClendon cpierpont@ssd.com
            Christine M Pierpont    on behalf of Defendant Thomas E.  McClendon, P.C. cpierpont@ssd.com
            Christine M Pierpont    on behalf of Defendant   HBR Technologies cpierpont@ssd.com
            Christopher A Conley    on behalf of Defendant John  Workman cconley@campbellwoods.com
            Christopher A Conley    on behalf of Defendant   Workman & Sons Plumbing, LLC
             cconley@campbellwoods.com
            Christopher J. Freeman    on behalf of Creditor Erika  Peterson chris@chrisfreemanlaw.com,
             cjf@standardlegal.com;freemancr86886@notify.bestcase.com
            Christopher W Peer    on behalf of Creditor   St. Paul Surplus Lines Insurance Company
             cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Defendant    Sikorsky Aircraft cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    Carrier Corporation cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    Nutmeg Insurance Company cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    Hamilton Sundstrand cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Defendant    Hamilton Sundstrand cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Defendant    United Technologies Corporation
             cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    Sikorsky Aircraft cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor Thomas V. Chema cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    Columbia Casualty Company cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    St. Paul Surplus Lines Insurance Co.
             cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Defendant    Otis Elevator Company cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    Steadfast Insurance Company cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Defendant    Pratt & Whitney cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
            Christopher W Peer    on behalf of Creditor    Otis Elevator Company cpeer@wickenslaw.com,
             docket@wickenslaw.com;mmccarty@wickenslaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Christopher W Peer　　on behalf of Defendant　　St. Paul Surplus Lines Insurance Company cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
    Christopher W Peer　　on behalf of Defendant　　Carrier Corproation cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
    Christopher W Peer　　on behalf of Creditor　　Pratt & Whitney cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
    Christopher W Peer　　on behalf of Defendant　　Nutmeg Insurance Company cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
    Christopher W Peer　　on behalf of Creditor　　United Technologies Corporation cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
    Christopher W Peer　　on behalf of Defendant　　Columbia Casualty Company cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
    Christopher W Peer　　on behalf of Defendant Thomas V. Chema cpeer@wickenslaw.com, docket@wickenslaw.com;mmccarty@wickenslaw.com
    Craig A. Smith　　on behalf of Defendant　　JRP Consulting Corp smith@ghjlaw.com
    Daniel A DeMarco　　on behalf of Creditor　　Main Street Partners Funding, L.P. dademarco@hahnlaw.com, cmbeitel@hahnlaw.com
    Daniel J. Wenstrup　　on behalf of Claimant　　Estate of Ronald E. Pump djw@heiswenstrup.com, msw@heiswenstrup.com
    Darrell A. Clay　　on behalf of Interested Party Nick V. Cavalieri dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant James G. Ryan dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Dane Stinson dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Donald G. Paynter dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Donald G. Paynter dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Joseph Hoffman dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Victor B. Zanetti dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Danny L. Cvetanovich dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Gary S. Batke dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant R. Stacy Lane dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interpleader Danny L. Cvetanovich dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Charles L Perry, PC dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Katherine B. Bowman dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party William L Rivers, PC dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party William Compton, P.C. dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant James M. Groner dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Bailey Cavalieri, LLC dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Nick V. Cavalieri dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Robert H. Bradford dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Michael Goodstein dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Robert R. Eblin dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party R. Stacy Lane dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant D. David Carroll dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Yvette A. Cox dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Dennis D. Grant dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Donald A. Davies dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party Charles L. Perry dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Katherine B. Bowman dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Gary S. Batke dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Defendant Robert R. Dunn dclay@walterhav.com, rdunlap@walterhav.com
    Darrell A. Clay　　on behalf of Interested Party James M. Groner dclay@walterhav.com, rdunlap@walterhav.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Darrell A. Clay   on behalf of Interested Party   Bailey Cavalieri, LLC dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Danny L. Cvetanovich dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Defendant William A. Adams dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Donald A. Davies dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Robert R. Eblin dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Ed E. Duncan dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Defendant Nancy J. Manougian dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Nancy J. Manougian dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Defendant Dane  Stinson dclay@walterhav.com,   rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Defendant Richard D. Brooks dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Defendant Daniel A. Bailey dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Michael  Goodstein dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party William A. Adams dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Stephen M. Finley dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Defendant Daniel R. Hackett dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Daniel A. Bailey dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Richard D. Brooks dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party James G. Ryan dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Brian W. FitzSimons dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Defendant Michael P. Mahoney dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party J David Washburn, PC dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Michael P. Mahoney dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Mark S. Solomon dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party D. David Carroll dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party William L. Rivers dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Robert R. Dunn dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Yvette A. Cox dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Joseph  Hoffman, PC dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Daniel R. Hackett dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party William G. Compton dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Victor  Zanetti, P.C. dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Stephen M Finley, PC dclay@walterhav.com,
         rdunlap@walterhav.com
        Darrell A. Clay   on behalf of Interested Party Dennis D. Grant dclay@walterhav.com,
         rdunlap@walterhav.com
        David H. Wallace   on behalf of Defendant Thomas G. Loeffler dwallace@taftlaw.com,
         esleva@taftlaw.com;docket@taftlaw.com;mzbiegien@taftlaw.com
        David O. Simon   on behalf of Defendant  CGM Group, LLC david@simonlpa.com
        David S. Blocker   on behalf of Defendant Ron  Nowak dblocker@sonkinkoberna.com
        David S. Blocker   on behalf of Defendant  Masimo Corporation dblocker@sonkinkoberna.com
        Demetrios P Koutrodimos   on behalf of Defendant  Yarrow Financial Services
         jkoutrodimos@primcapital.com
        Dennis  Niermann   on behalf of Defendant  RGR Technologies, Inc. dennis@niermannlaw.com
        Dennis  Niermann   on behalf of Defendant Ralph G Ridenour dennis@niermannlaw.com
        Dennis  Niermann   on behalf of Defendant  Universal Enterprises, Inc. dennis@niermannlaw.com
        Dennis Joseph Bartek   on behalf of Defendant  Nidek, Inc. djbartek@aol.com,
         assist@barteklawoffice.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Diana M. Thimmig   on behalf of Interested Party William S. Davis dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party John Tate dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party Gerald Fisher dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party Ronald Warner dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party Jay Davis dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party Deborah Feldman dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party David Decker dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party Wayne Grajewski dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party David Whitten dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party William C. Staley dthimmig@ralaw.com, jvarhola@ralaw.com

          Diana M. Thimmig   on behalf of Interested Party Harriet Welch dthimmig@ralaw.com, jvarhola@ralaw.com

          E Jane Taylor   on behalf of Defendant Mahammed Jamjoon johnguy@neo.rr.com

          E. Mark Young   on behalf of Creditor VMG Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Hesperia Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Rialto Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Creditor Hesperia Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Cape Cod West, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Hauch Medical Building II, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Lake Shore Colonial Apartments, Inc. myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Pacific Physician Properties, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Creditor Cape Cod West myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant VMG Building, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Creditor Hauch Medical Building II myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Creditor Rialto Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Creditor Pacific Physician Properties myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Dr. Gary L. Groves, M.D. myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Creditor Aspen Medical Building myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Elias George Koury myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Creditor Fontana Medical Plaza myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Aspen Medical Building, a California Limited Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          E. Mark Young   on behalf of Defendant Fontana Medical Plaza, a California General Partnership myoung@beneschlaw.com, docket@beneschlaw.com;ttreece@beneschlaw.com

          Eric T. Ray   on behalf of Defendant Compass Bank eray@balch.com, rmjohnson@balch.com

          Eric T. Ray   on behalf of Creditor Compass Bank eray@balch.com, rmjohnson@balch.com

          Eugene L. Matan   on behalf of Defendant Sandra E. Patton, ematan@mgwlaw.com

          Gregory A. Whittmore   on behalf of Creditor Stanley V Graff kearsage@msn.com

          Gregory A. Whittmore   on behalf of Respondent Richard L Hayden kearsage@msn.com

          Gregory M. Salvato   on behalf of Defendant Rialto Medical Building, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

          Gregory M. Salvato   on behalf of Defendant Hauch Medical Building II, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

          Gregory M. Salvato   on behalf of Defendant VMG Building, a California General Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

          Gregory M. Salvato   on behalf of Defendant Aspen Medical Building, a California Limited Partnership Calendar@Salvatolawoffices.com, Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Gregory M. Salvato    on behalf of Defendant    Cape Cod West, a California General Partnership
           Calendar@Salvatolawoffices.com,    Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          Gregory M. Salvato    on behalf of Defendant    Fontana Medical Plaza, a California General
           Partnership Calendar@Salvatolawoffices.com,
           Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          Gregory M. Salvato    on behalf of Defendant    Pacific Physician Properties, a California General
           Partnership Calendar@Salvatolawoffices.com,
           Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          Gregory M. Salvato    on behalf of Creditor    Aspen Medical Building
           Calendar@Salvatolawoffices.com,    Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          Gregory M. Salvato    on behalf of Defendant    Hesperia Medical Building, a California Limited
           Partnership Calendar@Salvatolawoffices.com,
           Gsalvato@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com
          Harry W. Greenfield    on behalf of Creditor    Banc One Leasing Corporation
           hgreenfield@bernsteinlaw.com,    lyoung@bernsteinlaw.com
          Harry W. Greenfield    on behalf of Creditor    The Huntington National Bank
           hgreenfield@bernsteinlaw.com,    lyoung@bernsteinlaw.com
          Harry W. Greenfield    on behalf of Creditor    Bank One, N.A. hgreenfield@bernsteinlaw.com,
           lyoung@bernsteinlaw.com
          Hema    Steele    on behalf of Defendant    Senior Living Enterprises steele.hema@dol.gov,
           sol.clev.docket@usdol.onmicrosoft.com
          Irving B. Sugerman    on behalf of Plaintiff Marc P. Gertz ibsugerman@brouse.com,    agaul@brouse.com
          Irving B. Sugerman    on behalf of Trustee Marc P. Gertz ibsugerman@brouse.com,    agaul@brouse.com
          J Douglas Drushal    on behalf of Mediator J Douglas Drushal ddrushal@ccj.com,    lehman@ccj.com
          James A. Hogan    on behalf of Defendant    Diamond Brothers Five Partnership, L.P.
           jahogan@vssp.com,    mjsutter@vssp.com
          James C Harman    on behalf of Creditor    Orange County Treasurer-Tax Collector
           jamesharman@coco.ocgov.com
          James L McCrystal, Jr    on behalf of Mediator James L. McCrystal, Jr. mccrystal@bqmlaw.com,
           malachin@bqmlaw.com
          James R. Russell    on behalf of Counter-Defendant Marc P. Gertz JRRussell@Goldman-Rosen.com,
           carolynn@goldman-rosen.com
          James R. Russell    on behalf of Trustee Marc P. Gertz JRRussell@Goldman-Rosen.com,
           carolynn@goldman-rosen.com
          James R. Russell    on behalf of Plaintiff Marc P. Gertz JRRussell@Goldman-Rosen.com,
           carolynn@goldman-rosen.com
          Janet A. Shapiro    on behalf of Defendant John H. Tillotson, Jr. jshapiro@shapirolawfirm.com
          Janet A. Shapiro    on behalf of Defendant    Interinsurance Exchange for the Automobile Club
           jshapiro@shapirolawfirm.com
          Janet A. Shapiro    on behalf of Defendant    Tillotson Enterprises, LLC jshapiro@shapirolawfirm.com
          Janet A. Shapiro    on behalf of Defendant    Velaszuez, Inc. jshapiro@shapirolawfirm.com
          Janet A. Shapiro    on behalf of Defendant    Interinsurance Exchange of the Automobile Club
           jshapiro@shapirolawfirm.com
          Janet A. Shapiro    on behalf of Defendant Haydee V. Tillotson jshapiro@shapirolawfirm.com
          Janet A. Shapiro    on behalf of Defendant Erik M. Tillotson jshapiro@shapirolawfirm.com
          Jayne L. Jakubaitis    on behalf of 3rd Party Plaintiff Jayne L. Jakubaitis jljak@sbcglobal.net
          Jean R. Robertson    on behalf of Accountant    ParenteBeard LLC jean@kdglegal.com,
           5footjean@gmail.com
          Jean R. Robertson    on behalf of Accountant    Parente Randolph, LLC jean@kdglegal.com,
           5footjean@gmail.com
          Jeff P. Prostok    on behalf of Defendant    Engenium Corporation jprostok@forsheyprostok.com,
           lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprost
           ok@ecf.courtdrive.com
          Jeff P. Prostok    on behalf of Defendant Gus  Stearns jprostok@forsheyprostok.com,
           lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprost
           ok@ecf.courtdrive.com
          Jeffrey C. Toole    on behalf of Creditor    Bank One, N.A. jtoole@bernsteinlaw.com,
           lyoung@bernsteinlaw.com
          Jeffrey C. Toole    on behalf of Plaintiff    JPMORGAN CHASE BANK, N.A. successor by merger to BANK
           ONE, NA jtoole@bernsteinlaw.com,    lyoung@bernsteinlaw.com
          Jeffrey C. Toole    on behalf of Creditor    The Huntington National Bank jtoole@bernsteinlaw.com,
           lyoung@bernsteinlaw.com
          Jeffrey C. Toole    on behalf of Creditor    Banc One Leasing Corporation jtoole@bernsteinlaw.com,
           lyoung@bernsteinlaw.com
          Jeffrey C. Toole    on behalf of Plaintiff    THE HUNTINGTON NATIONAL BANK jtoole@bernsteinlaw.com,
           lyoung@bernsteinlaw.com
          Jeffrey C. Toole    on behalf of Creditor    JPMorgan Chase Bank, NA (successor by merger to Bank
           One, NA (principle office (Columbus)) jtoole@bernsteinlaw.com,    lyoung@bernsteinlaw.com
          Jeffrey M. Levinson    on behalf of Interested Party    International Coffee & Tea, LLC
           jml@jml-legal.com
          Jeffrey M. Levinson    on behalf of Defendant    International Coffee & Tea LLC jml@jml-legal.com
          Jeffrey M. Levinson    on behalf of Defendant    Translogic Technology, Inc. jml@jml-legal.com
          Jeffrey W Krueger    on behalf of Defendant    Pfizer, Inc. jwkrueger@jwk-law.com
          Jeffrey W Krueger    on behalf of Defendant    American Optical Corp jwkrueger@jwk-law.com
          Jesse S. Vogtle, Jr.,    on behalf of Creditor    Compass Bank jvogtle@balch.com,
           wkincaid@balch.com
          Jessica E Price    on behalf of Defendant    Glendale Nissan, Inc. jprice@brouse.com,
           tpalcic@brouse.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Joel K Dayton   on behalf of Defendant David Crockett, CPA jdayton@bmsa.com, lnodo@ecf.courtdrive.com
    Joel K Dayton   on behalf of Defendant Capt. David Crockett jdayton@bmsa.com, lnodo@ecf.courtdrive.com
    Johannes S. Kingma   on behalf of Interested Party Mark T. Palin jkingma@carlockcopeland.com, gstanton@carlockcopeland.com
    Johannes S. Kingma   on behalf of Interested Party Steven L. Krongold jkingma@carlockcopeland.com, gstanton@carlockcopeland.com
    John A. Heer   on behalf of   Thomas R. Eby, Co., Inc. jheer@walterhav.com
    John D Sayre   on behalf of Defendant Mark S. Solomon sayre@nicola.com
    John D Sayre   on behalf of Defendant Stephen M Finley, PC sayre@nicola.com
    John D Sayre   on behalf of Defendant J. David Washburn sayre@nicola.com
    John D Sayre   on behalf of Defendant William G. Compton sayre@nicola.com
    John D Sayre   on behalf of Defendant J David Washburn, PC sayre@nicola.com
    John D Sayre   on behalf of Defendant William L. Rivers sayre@nicola.com
    John D Sayre   on behalf of Defendant Robert H. Bradford sayre@nicola.com
    John D Sayre   on behalf of Defendant William Compton, P.C. sayre@nicola.com
    John D Sayre   on behalf of Defendant Stephen M. Finley sayre@nicola.com
    John D Sayre   on behalf of Defendant MIMFlow Technologies, LLC successor in merger to Au Parts Co., Inc sayre@nicola.com
    John D Sayre   on behalf of Defendant Joseph Hoffman sayre@nicola.com
    John D Sayre   on behalf of Defendant William Rivers, P.C. sayre@nicola.com
    John D Sayre   on behalf of Defendant Charles L. Perry, P.C. sayre@nicola.com
    John D Sayre   on behalf of Defendant Joseph Hoffman, PC sayre@nicola.com
    John D Sayre   on behalf of Defendant Victor B. Zanetti sayre@nicola.com
    John D Sayre   on behalf of Defendant Victor Zanetti, P.C. sayre@nicola.com
    John D Sayre   on behalf of Defendant Charles L. Perry sayre@nicola.com
    John F. McCaffrey   on behalf of Defendant J. Michael Tibbals jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Lawrence Gesner jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Jill Draffin jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Jerry Moore jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Non-Settling Defendants jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Daniel A. Bailey jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Philip M. Horowitz jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Danny Cvetanovich jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Daniel Bailey jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Victor B. Zanetti jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant John James jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Stephen Ellis jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Ronald Warner jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant William Stavole jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Interested Party Executive and Management Committee Members jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Kim W. West jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Lawrence H. Gesner jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Philip Horowitz jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Hugh M. Stanley, Jr. jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Mark S. Solomon jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Victor Zanetti jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Stephen LaCount jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Kim West jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant Harry Cornett jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant John E. James jfm@paladin-law.com, bnolan@paladin-law.com
    John F. McCaffrey   on behalf of Defendant ron warner jfm@paladin-law.com, bnolan@paladin-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
John F. McCaffrey    on behalf of Defendant J. Michael Tibbals jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Stephen C. Ellis jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Frank A. LaManna jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Ron Warner jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Jerry A. Moore jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Danny L. Cvetanovich jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Mark Solomon jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Joseph Hoffman jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Stephen H. LaCount jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant William J Stavole jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Harry D. Cornett, Jr. jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Hugh Stanley jfm@paladin-law.com,
 bnolan@paladin-law.com
John F. McCaffrey    on behalf of Defendant Jill MacGregor Draffin jfm@paladin-law.com,
 bnolan@paladin-law.com
John J Guy    on behalf of Creditor Walid Mando johnguy@neo.rr.com
John L Reyes    on behalf of Interested Party Jeffrey A. Healy jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Keith H. Raker jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Robert B. Tomaro jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Bart L. Kessel jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Robert J. Hanna jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Michael C. Zellers jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Irene C. Keyse-Walker jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Matthew P. Moriarty jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Robert C. Tucker jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Curtiss L. Isler jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Gary L. Dinner jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party John X. Garred jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Kim W. West jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Ed E. Duncan jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Michael F. Harris jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Glenn E. Morrical jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Susan L. Mizer jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party  Tucker, Ellis & West, LLP jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Henry E. Billingsley jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Michael E. Elliott jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Harry D. Cornett, Jr. jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Stephen C. Ellis jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Peter J. Koenig jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Edward E Duncan jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Eugene M. Killeen jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Carter E. Strang jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Susan L. Racey jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party John T. Doheny jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Lawrence A. Callaghan jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Joseph J. Morford jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Martin H. Lewis jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Hugh M. Stanley, Jr. jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Mark F. McCarthy jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Nicholas C. York jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Thomas R. Simmons jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Brian W. FitzSimons jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party George Gore jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Leslie E. Criswell jreyes@bdblaw.com
John L Reyes    on behalf of Interested Party Richard A. Dean jreyes@bdblaw.com
John R. Tate    on behalf of Defendant   Viewpoint School johntate@dwt.com, avisjackson@dwt.com
John T Lillis    on behalf of Defendant John T. Lillis jlillis@klselaw.com
John T Lillis    on behalf of Defendant   JVC America, Inc. jlillis@klselaw.com
John Winship Read    on behalf of Defendant Thomas J. Onushko jwread@vorys.com, hhroscoe@vory.com
John Winship Read    on behalf of Defendant   Seahorse Shipping, LLC jwread@vorys.com,
 hhroscoe@vory.com
John Winship Read    on behalf of Defendant   Certain Interested Underwriters at Lloyd's London
 jwread@vorys.com,  hhroscoe@vory.com
John Winship Read    on behalf of Intervenor Gerald M. Fisher jwread@vorys.com, hhroscoe@vory.com
John Winship Read    on behalf of Defendant   Interested Syndicates of Lloyd's London
 jwread@vorys.com,  hhroscoe@vory.com
John Winship Read    on behalf of Defendant Robert Krintzman jwread@vorys.com, hhroscoe@vory.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
John Winship Read    on behalf of Defendant    Big Dog Holdings, Inc. jwread@vorys.com,
 hhroscoe@vory.com
John Winship Read    on behalf of Defendant    B.E. Logistics, Inc. jwread@vorys.com,
 hhroscoe@vory.com
John Winship Read    on behalf of Defendant Gerald M. Fisher jwread@vorys.com,   hhroscoe@vory.com
John Winship Read    on behalf of Defendant Gerald  Fisher jwread@vorys.com,   hhroscoe@vory.com
John Winship Read    on behalf of Defendant John  Hosack jwread@vorys.com,   hhroscoe@vory.com
John Winship Read    on behalf of Defendant    Diamond Brothers Five Partnership, L.P.
 jwread@vorys.com,   hhroscoe@vory.com
Jonathan D. Greenberg    on behalf of     Thomas R. Eby, Co., Inc. jgreenberg@walterhav.com,
 lkreider@walterhav.com;gab@walterhav.com
Jonathan D. Greenberg    on behalf of Defendant    Thomas R. Eby Co., Inc. jgreenberg@walterhav.com,
 lkreider@walterhav.com;gab@walterhav.com
Jonathan P Blakely    on behalf of Creditor    MCS/Texas Direct Inc jblakelylaw@windstream.net
Joseph B Jerome    on behalf of Mediator Joseph B. Jerome jbj@jeromelaw.com
Joseph C. Pickens    on behalf of Defendant Edwin  Marzec jpickens@taftlaw.com,   khines@taftlaw.com
Joseph D. Carney    on behalf of Defendant Dr. Gary L. Groves, M.D. jdc@jdcarney.com
Joseph P DiVincenzo    on behalf of Defendant    Alderm NA, LLC j.divincenzo@rdgattorneys.com
Joseph R. Spoonster    on behalf of Plaintiff Marc P. Gertz jspoonster@fklaborlaw.com,
 mtomic@harpstross.com
Joseph R. Spoonster    on behalf of Trustee Marc P. Gertz jspoonster@harpstross.com,
 mtomic@harpstross.com
Julie L Juergens    on behalf of Defendant    Chubb & Son jjuergens@gsfn.com,
 kperhacs@gallaghersharp.com
Justin W. Ristau    on behalf of Attorney    Bricker & Eckler, LLP jristau@bricker.com,
 aklein@bricker.com
Justin W. Ristau    on behalf of Defendant Alan J. Ross jristau@bricker.com,   aklein@bricker.com
Justin W. Ristau    on behalf of Attorney    Bricker & Eckler LLP jristau@bricker.com,
 aklein@bricker.com
Justin W. Ristau    on behalf of Defendant Glenn S. Krassen jristau@bricker.com,
 aklein@bricker.com
Karen Kelly Grasso    on behalf of Plaintiff Marc P. Gertz kkgrasso@wideopenwest.com,
 kkgrasso@hotmail.com
Kelly R. Vickers    on behalf of Creditor    EnviroClean International, Inc. kvickers@lockelord.com,
 vlong@lockelord.com
Kenneth L. Mitchell    on behalf of Defendant    Woodling Krost & Rust clevepat@aol.com,
 clevepat@sbcglobal.net
Kenneth L. Mitchell    on behalf of Counter-Claimant    Woodling Krost & Rust clevepat@aol.com,
 clevepat@sbcglobal.net
Kirk W. Roessler    on behalf of Defendant    Patron Systems, Inc., successor by merger to
 Entelagent Software Corp. kroessler@walterhav.com,
 kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
Kirk W. Roessler    on behalf of Defendant    Patron Systems, Incorporated, successor in merger to
 Entelagent Software Corp. kroessler@walterhav.com,
 kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
Leah M. Caplan    on behalf of Defendant    International Coffee & Tea LLC lmc@ml-legal.com
Leah M. Caplan    on behalf of Interested Party    International Coffee & Tea, LLC lmc@ml-legal.com
Lee D Powar    on behalf of Creditor    Nutmeg Insurance Company ldpowar@hahnlaw.com,
 hlpcr@hahnlaw.com
Lee D Powar    on behalf of Creditor    St. Paul Surplus Lines Insurance Company
 ldpowar@hahnlaw.com,   hlpcr@hahnlaw.com
Lee D Powar    on behalf of Creditor    Columbia Casualty Company ldpowar@hahnlaw.com,
 hlpcr@hahnlaw.com
Lee R Kravitz    on behalf of Defendant John  Frei leekravitz@sbcglobal.net
Lynn Rowe Larsen    on behalf of Creditor    Commercial Moving & Installation, Inc.
 llarsen@taftlaw.com,   llauren@taftlaw.com;CLE_Docket_Assist@taftlaw.com
Marc A. Melamed    on behalf of Defendant Jerome H. Schmelzer AGBkcy@jbandr.com
Marc P. Gertz    mpgertz@gertzrosen.com,
 dmichna@gertzrosen.com;mgertz@iq7technology.com;ecf.alert+Gertz@titlexi.com
Marc P. Gertz    on behalf of Plaintiff Marc P. Gertz mpgertz@gertzrosen.com,
 dmichna@gertzrosen.com
Mario C. Ciano    on behalf of Mediator Mario C Ciano mciano@reminger.com
Mark A McLean    on behalf of Defendant Mark  McLean mark@mcleanfirm.com,
 ben@mcleanfirm.com;jackie@mcleanfirm.com
Mark M George    on behalf of Defendant Gary  Habeeb markgeorgeatty@gmail.com,   dodihj@gmail.com
Mark M George    on behalf of Defendant    United Mortgage Group, Inc. markgeorgeatty@gmail.com,
 dodihj@gmail.com
Marvin A. Sicherman    on behalf of Attorney Marvin A Sicherman masicherman@gmail.com,
 mas61@case.edu
Mary Ann Rabin    on behalf of Defendant Robert  Wilson mrabin@rabinandrabin.com
Mary K. Whitmer    on behalf of Counter-Claimant Allan L. Rudick mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Jay  Thompson mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Peter K. Rundle mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Defendant Clive  Essakow mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Mary K. Whitmer    on behalf of Interested Party William  Reavey mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Andrew M. Glatt mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Thomas A. Reilly mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Chris  Kilpatrick mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Chinin  Tana mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Joseph P. Quinby mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party David R Posteraro mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Defendant Allan L. Rudick mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Mary K. Whitmer    on behalf of Interested Party Michael  Madgett mkw@weadvocate.net,
 mary-k-whitmer-0919@ecf.pacerpro.com
Matthew  Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
Matthew G. Maben    on behalf of Defendant Gus  Stearns mmaben@forsheyprostok.com,
 dkennard@forsheyprostok.com;calendar@forsheyprostok.com
Matthew G. Maben    on behalf of Defendant    Engenium Corporation mmaben@forsheyprostok.com,
 dkennard@forsheyprostok.com;calendar@forsheyprostok.com
Matthew J. McCracken    on behalf of Defendant   Nidek, Inc. mjm@chernettwasserman.com
Matthew T. Fitzsimmons    on behalf of Defendant Victor  Zanetti, P.C. fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Joseph  Hoffman, PC fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Joseph  Hoffman fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Victor B. Zanetti fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant J. David Washburn fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant J David Washburn, PC fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Stephen M Finley, PC fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Robert H. Bradford fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Mark S. Solomon fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant William L. Rivers fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Stephen M. Finley fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Charles L. Perry fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Interested Party Charles L. Perry fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant William  Compton, P.C. fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant Charles L. Perry, P.C. fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant William G. Compton fitzsimmons@nicola.com,
 kane@nicola.com
Matthew T. Fitzsimmons    on behalf of Defendant William  Rivers, P.C. fitzsimmons@nicola.com,
 kane@nicola.com
Max W. Thomas    on behalf of Defendant    Summit Scottsdale, LLC mthomas@ulmer.com,
 dkucharski@ulmer.com
Michael  McNamee    on behalf of Defendant Paul J. and Mary J.  Guta mcnamee1@sbcglobal.net
Michael A. Steel    on behalf of Spec. Counsel Robert  Bernstein masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael A. Steel    on behalf of Trustee Marc P. Gertz masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael A. Steel    on behalf of Plaintiff Marc P. Gertz masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael A. Steel    on behalf of Consultant    Intelysis Corp. masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael A. Steel    on behalf of Spec. Counsel    Anderson, Kill & Olick, P.C. masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael A. Steel    on behalf of Spec. Counsel    Goldman & Rosen, Ltd. masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael A. Steel    on behalf of Attorney    Goldman and Rosen Ltd masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael A. Steel    on behalf of Consultant    Dunbar, Bender  Zapf, Inc. masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Michael A. Steel    on behalf of Attorney   Plotkin, Rapoport & Nahmias masteel@bmdllc.com,
 attysteel@gmail.com;syoho@bmdllc.com
Michael S Tucker    on behalf of Witness Frank A LaManna mtucker@ulmer.com
Michael S Tucker    on behalf of Creditor   Stasan, Inc. mtucker@ulmer.com
Michael S Tucker    on behalf of Creditor Richard  Blumberg mtucker@ulmer.com
Michael S. Kogan    on behalf of Creditor Michael  Kogan mkogan@koganlawfirm.com
Michael S. Kogan    on behalf of Defendant Michael  Kogan mkogan@koganlawfirm.com
Michael T. O'Halloran    on behalf of Defendant   Burnham Real Estate Services mto@debtsd.com,
 ac@debtsd.com;cs@debtsd.com
Nicholas C. De Santis, III    on behalf of Interested Party Chrysta A. Castaneda
 desantis@zieglermetzger.com,
 mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
Nicholas C. De Santis, III    on behalf of Defendant Chrysta A. Castaneda
 desantis@zieglermetzger.com,
 mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
Nicholas C. De Santis, III    on behalf of Defendant Chrysta A. Castaneda, PC
 desantis@zieglermetzger.com,
 mhenry@zieglermetzger.com;kroessler@zieglermetzger.com;SLaSalvia@zieglermetzger.com
Niki Z. Schwartz    on behalf of Interested Party Brian W. FitzSimons nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Mark F. McCarthy nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Peter J. Koenig nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Martin H.  Lewis nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Jeffrey A. Healy nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Glenn E. Morrical nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Kim W. West nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Michael F. Harris nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Curtiss L. Isler nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Robert C. Tucker nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Carter E. Strang nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Brian W FitzSimmons nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Attorney   Goldman and Rosen Ltd nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Michael C. Zellers nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Leslie E. Criswell nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Robert J. Hanna nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Michael E. Elliott nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Keith H. Raker nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party John X. Garred nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party   Tucker, Ellis & West, LLP nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Joseph J. Morford nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Matthew P. Moriarty nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Stephen C. Ellis nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Lawrence A. Callaghan nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party John T. Doheny nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Hugh M. Stanley, Jr. nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Susan L. Racey nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party George  Gore nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Susan L. Mizer nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Nicholas C. York nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Irene C. Keyse-Walker nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Richard A. Dean nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Harry D. Cornett, Jr. nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Gary L. Dinner nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Bart L. Kessel nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Eugene M. Killeen nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Thomas R. Simmons nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Henry E. Billingsley nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Robert B. Tomaro nschwartz@sdlpa.com
Niki Z. Schwartz    on behalf of Interested Party Edward E Duncan nschwartz@sdlpa.com
Orville L. Reed    on behalf of Defendant Harry D. Cornett, Jr. oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Kim W. West oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Hugh M. Stanley, Jr. oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant George F. Gore oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Glenn E. Morrical oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Michael E. Elliott oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Mark F. McCarthy oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Susan L. Mizer oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Michael F. Harris oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Bart L. Kessel oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Robert J. Hanna oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Matthew P. Moriarty oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Joseph J. Morford oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Irene C. Keyse-Walker oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Eugene M. Killeen oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Nicholas C. York oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant   Tucker Ellis & West LLP oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Carter E. Strang oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Gary L. Dinner oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Leslie E. Criswell oreed@stark-knoll.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Orville L. Reed    on behalf of Defendant Susan L. Racey oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Jeffrey A. Healy oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant John X. Garred oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Peter J. Koenig oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Curtiss L. Isler oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Thomas R. Simmons oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Robert B. Tomaro oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Robert C. Tucker oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Richard A. Dean oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Stephen C. Ellis oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Ed E. Duncan oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Martin H.  Lewis oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Keith H. Raker oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Brian W. FitzSimons oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Henry E. Billingsley oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant Lawrence A. Callaghan oreed@stark-knoll.com
Orville L. Reed    on behalf of Defendant John T. Doheny oreed@stark-knoll.com
Patricia Fleming Krewson    on behalf of Defendant    PS Sook, Ltd. pkrewson@littler.com,
    jclark@littler.com
Patricia Fleming Krewson    on behalf of Defendant Dr. T. William  Evans pkrewson@littler.com,
    jclark@littler.com
Patricia Fleming Krewson    on behalf of Defendant    The Irvine Company pkrewson@littler.com,
    jclark@littler.com
Patrick J Keating    on behalf of Interested Party Eugene M. Killeen pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Peter J. Koenig pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Bart L. Kessel pkeating@bdblaw.com,  sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Stephen M. Finley pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Michael C. Zellers pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Dennis D. Grant pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Katherine B. Bowman pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Jeffrey A. Healy pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Leslie E. Criswell pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Kim W. West pkeating@bdblaw.com,  sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party William G. Compton pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Lawrence A. Callaghan pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Keith H. Raker pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Mark S. Solomon pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Charles L. Perry pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Victor B. Zanetti pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Jeffrey A. Healy pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant    Tucker Ellis&West LLP pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Robert R. Dunn pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Stephen C. Ellis pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party William L Rivers, PC pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Joseph  Hoffman pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Robert B. Tomaro pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Stephen M Finley, PC pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Michael F. Harris pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Matthew P. Moriarty pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant John X. Garred pkeating@bdblaw.com,  sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Mark F. McCarthy pkeating@bdblaw.com,
    sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Edward E Duncan pkeating@bdblaw.com,
    sconard@bdblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Patrick J Keating    on behalf of Interested Party Donald G. Paynter pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Kim W. West pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Thomas R. Simmons pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Dane  Stinson pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Ed E. Duncan pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party John T. Doheny pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Harry D. Cornett, Jr. pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant John T. Doheny pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Nick V. Cavalieri pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Bart L. Kessel pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Michael  Goodstein pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Robert C. Tucker pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Nancy J. Manougian pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Curtiss L. Isler pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party William  Compton, P.C. pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Gary S. Batke pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Carter E. Strang pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Brian W. FitzSimons pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Thomas R. Simmons pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Susan L. Racey pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Michael P. Mahoney pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Michael C. Zellers pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Brian W. FitzSimons pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Mark F. McCarthy pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Michael F. Harris pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Matthew P. Moriarty pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Peter J. Koenig pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Joseph J. Morford pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Charles L Perry, PC pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Yvette A. Cox pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party William L. Rivers pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Robert J. Hanna pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Hugh M. Stanley, Jr. pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party William A. Adams pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Creditor Stephen C. Ellis pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party R. Stacy Lane pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Irene C. Keyse-Walker pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Richard D. Brooks pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Michael E. Elliott pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant George F. Gore pkeating@bdblaw.com, sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Susan L. Racey pkeating@bdblaw.com, sconard@bdblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Patrick J Keating    on behalf of Interested Party Hugh M. Stanley, Jr. pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Gary L. Dinner pkeating@bdblaw.com,  sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Daniel R. Hackett pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Donald A. Davies pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Leslie E. Criswell pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Robert C. Tucker pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Susan L. Mizer pkeating@bdblaw.com,  sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Ed E. Duncan pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Stephen C. Ellis pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Victor  Zanetti, P.C. pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Daniel A. Bailey pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Glenn E. Morrical pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Robert H. Bradford pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Nicholas C. York pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Nicholas C. York pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Michael E. Elliott pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Carter E. Strang pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Creditor Harry D. Cornett, Jr. pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Robert R. Eblin pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Irene C. Keyse-Walker pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Joseph  Hoffman, PC pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party James M. Groner pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Keith H. Raker pkeating@bdblaw.com,  sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Harry D. Cornett, Jr. pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Henry E. Billingsley pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party J David Washburn, PC pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Gary L. Dinner pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Martin H.  Lewis pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party D. David Carroll pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Richard A. Dean pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party James G. Ryan pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party John X. Garred pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Joseph J. Morford pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Richard A. Dean pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Glenn E. Morrical pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Eugene M. Killeen pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Susan L. Mizer pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Defendant Martin H.  Lewis pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Danny L. Cvetanovich pkeating@bdblaw.com,
   sconard@bdblaw.com
Patrick J Keating    on behalf of Interested Party Brian W FitzSimmons pkeating@bdblaw.com,
   sconard@bdblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Patrick J Keating    on behalf of Interested Party Lawrence A. Callaghan pkeating@bdblaw.com,
           sconard@bdblaw.com
          Patrick J Keating    on behalf of Interested Party Curtiss L. Isler pkeating@bdblaw.com,
           sconard@bdblaw.com
          Patrick J Keating    on behalf of Creditor Robert C. Tucker pkeating@bdblaw.com,
           sconard@bdblaw.com
          Patrick J Keating    on behalf of Interested Party Henry E. Billingsley pkeating@bdblaw.com,
           sconard@bdblaw.com
          Patrick J Keating    on behalf of Defendant Robert J. Hanna pkeating@bdblaw.com,
           sconard@bdblaw.com
          Patrick J Keating    on behalf of Interested Party George  Gore pkeating@bdblaw.com,
           sconard@bdblaw.com
          Patrick J Keating    on behalf of Interested Party Robert B. Tomaro pkeating@bdblaw.com,
           sconard@bdblaw.com
          Paul E. Harner    on behalf of Debtor    Arter&Hadden paulharner@paulhastings.com,
           emilydillingham@paulhastings.com
          Peter C. Freeman    on behalf of Defendant    OLEC Corporation peter@peterfreemanlaw.com
          Peter Michael Reed    on behalf of Creditor    Midland Central Appraisal District
           othercourts@mvbalaw.com
          Peter Michael Reed    on behalf of Attorney Peter Michael Reed othercourts@mvbalaw.com
          R.  Crouch    on behalf of Creditor Marcia  Crouch mcrouch@shapirofussell.com
          Ralph E Cascarilla    on behalf of Defendant Michael P. Mahoney rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Gary S. Batke rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant James G. Ryan rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Donald A. Davies rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Dennis D. Grant rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Robert R. Dunn rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Daniel R. Hackett rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant William A. Adams rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Nick V. Cavalieri rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Yvette A. Cox rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant D. David Carroll rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Richard D. Brooks rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Donald G. Paynter rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant R. Stacy Lane rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Nancy J. Manougian rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Robert R. Eblin rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Danny L. Cvetanovich rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant    Bailey Cavalieri, LLC rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant James M. Groner rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Daniel A. Bailey rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Michael  Goodstein rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Katherine B. Bowman rcascarilla@walterhav.com
          Ralph E Cascarilla    on behalf of Defendant Dane  Stinson rcascarilla@walterhav.com
          Richard A. Baumgart    on behalf of Mediator Richard A. Baumgart rbaumgart@dsb-law.com
          Richard C Kenney, Jr    on behalf of Defendant Breton  Bocchieri rcklpa@sbcglobal.net
          Robert A. Bell    on behalf of Creditor Richard T. Miller rabell@vorys.com, mdwalkuski@vorys.com
          Robert B. Malone    on behalf of Defendant    Enterprise Imaging Solutions, Inc. rbm890@aol.com
          Robert C. Meeker    on behalf of Defendant Diana J. Beck rcmeeker@bmblaw.com, mrl@bmblaw.com
          Robert D. Barr    on behalf of Defendant    Robotic Parking rbarr@koehler.law, rbarr@koehler.law
          Robert M Gippin    on behalf of Plaintiff Marc P. Gertz rgippin@rlbllp.com, rgippin@gmail.com
          Robert M Gippin    on behalf of Trustee Marc P. Gertz rgippin@goldman-rosen.com, rgippin@gmail.com
          Robert S. Bernstein    on behalf of Spec. Counsel Robert  Bernstein rbernstein@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtd
           rive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein    on behalf of Petitioning Creditor Richard  DeLuce
           rbernstein@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtd
           rive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein    on behalf of Petitioning Creditor Stephen T. Swanson
           rbernstein@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtd
           rive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein    on behalf of Creditor Robert  Henigson rbernstein@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtd
           rive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein    on behalf of Trustee Marc P. Gertz rbernstein@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtd
           rive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein    on behalf of Petitioning Creditor    Petitioning Creditors
           rbernstein@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtd
           rive.com;ssroka@ecf.courtdrive.com
          Robert S. Bernstein    on behalf of Plaintiff Marc P. Gertz rbernstein@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;amartin@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtd
           rive.com;ssroka@ecf.courtdrive.com
          Rocco I. Debitetto    on behalf of Defendant Judith M. Isler ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Rocco I. Debitetto    on behalf of Creditor Michael C. Zellers ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
          Rocco I. Debitetto    on behalf of Defendant Michael C. Zellers ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
          Rocco I. Debitetto    on behalf of Creditor Curtis L. Isler ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
          Rocco I. Debitetto    on behalf of Creditor Jan W. Zellers ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
          Rocco I. Debitetto    on behalf of Defendant Jan W. Zellers ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
          Rocco I. Debitetto    on behalf of Defendant Curtis L. Isler ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
          Rocco I. Debitetto    on behalf of Creditor Judith M. Isler ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com
          Roger E. Marken    on behalf of Interested Party Roger E. Marken rmarken@mmnt.com,
           lbeckham@mmnt.com
          Ryan  Routh    on behalf of Plaintiff    Arter & Hadden LLP rrouth@jonesday.com
          Ryan  Routh    on behalf of Attorney    Jones Day rrouth@jonesday.com
          Ryan  Routh    on behalf of Defendant    Jones Day Reavis & Pogue rrouth@jonesday.com
          Ryan  Routh    on behalf of Attorney Ryan  Routh rrouth@jonesday.com
          Ryan  Routh    on behalf of Debtor    Arter&Hadden rrouth@jonesday.com
          Scott D. Fink    on behalf of Creditor    Great Lakes Lithograph ecfndoh@weltman.com
          Scott D. Fink    on behalf of Creditor    Applied Laser Technologies ecfndoh@weltman.com
          Scott D. Fink    on behalf of Creditor    Great Lakes Companies ecfndoh@weltman.com
          Scott D. Fink    on behalf of Creditor    APPLIED LASER TECHNOLOGIES AND GREAT LAKES COMPANIES
           ecfndoh@weltman.com
          Scott H Scharf    on behalf of Defendant Richard A.  Lebby scharf@scharflegal.com
          Scott H Scharf    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
           scharf@scharflegal.com
          Scott N Opincar    on behalf of Defendant    Andrews Kurth LLP sopincar@mcdonaldhopkins.com,
           bkfilings@mcdonaldhopkins.com
          Stephen D. Hobt    on behalf of Defendant    Neoplan USA Corporation shobt@aol.com
          Stephen M. Bales    on behalf of Interested Party Chrysta A. Castaneda sbales@zieglermetzger.com,
           jramos@zieglermetzger.com
          Stephen M. Bales    on behalf of Defendant Chrysta A. Castaneda, PC sbales@zieglermetzger.com,
           jramos@zieglermetzger.com
          Stephen M. Bales    on behalf of Defendant Chrysta A. Castaneda sbales@zieglermetzger.com,
           jramos@zieglermetzger.com
          Steven J Miller    on behalf of Creditor Stanley M Fisher miller@MGFL-law.com,
           hinkle@MGFL-law.com;heidenreich@MGFL-law.com
          Steven S Davis     sdavis@epitrustee.com
          Susan Barnes de Resendiz    on behalf of Defendant    Echo Rock Ventures, Inc. sderesendiz@gcd.com
          Susan M Weaver    on behalf of Creditor Alvin  Powell susan@susanweaverlaw.com
          Susan M. Zidek    on behalf of    Thomas R. Eby, Co., Inc. szidek@meyersroman.com
          Suzana Krstevski Koch    on behalf of Defendant    American Labor Law Company suzana.koch@usdoj.gov,
           USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
          Suzana Krstevski Koch    on behalf of Defendant    Bank of the West suzana.koch@usdoj.gov,
           USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
          Suzana Krstevski Koch    on behalf of Creditor    Iron Mountain Information Management, Inc.
           suzana.koch@usdoj.gov,  USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov
          Terrence L. Cariglio    on behalf of Defendant    Yarrow Financial Services tc@cariglio.com
          Theodore M Mann, Jr    on behalf of Mediator Theodore M. Mann, Jr. mannlawoffice@ameritech.net
          Thomas C Pavlik    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
           lgoeden@npdcleveland.com,  tpavlik@npdcleveland.com
          Thomas C Pavlik    on behalf of Defendant Richard A.  Lebby lgoeden@npdcleveland.com,
           tpavlik@npdcleveland.com
          Thomas D Robenalt    on behalf of Defendant    Lebby, Berger, Hurtado, Levine, Levine
           trobenalt@nrpslaw.com
          Thomas D Robenalt    on behalf of Defendant Richard A.  Lebby trobenalt@nrpslaw.com
          Thomas W. Coffey    on behalf of Creditor    M. Weingold & Co. tcoffey@tcoffeylaw.com
          Timothy A. Riedel    on behalf of Creditor    Executor of the Estate of John A. Jenkins
           triedel@baileycav.com,  BR-ECF@BaileyCav.com;lpatterson@baileycav.com
          Timothy S. Rankin    on behalf of Defendant    Reliant Services, Inc. tsr@olrlaw.com
          Trish D. Lazich    on behalf of Defendant Frank A. LaManna trish.lazich@ohioattorneygeneral.gov,
           angelique.dennis-noland@ohioattorneygeneral.gov
          Trish D. Lazich    on behalf of Witness Frank A LaManna trish.lazich@ohioattorneygeneral.gov,
           angelique.dennis-noland@ohioattorneygeneral.gov
          Victor D. Radel    on behalf of Defendant    Nidek, Inc. vdr@cwyplaw.com
          W Clark Watson    on behalf of Defendant    Compass Bank cwatson@balch.com
          W Clark Watson    on behalf of Creditor    Compass Bank cwatson@balch.com
          Wendy J Gibson    on behalf of Defendant    TMC Financial wgibson@bakerlaw.com
                                                                                             TOTAL: 744
```

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 17, 2020, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: September 17, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: Arter&Hadden )   Case No. 03-23293
              )   Chapter 7
              )   Judge Arthur I. Harris
              )
              )   PETITION FOR UNCLAIMED FUNDS
      Debtors )   AND ORDER THEREON[1]

ASSET RECOVERY TRUST, the Petitioner, under penalty of perjury, declares that the following statements and information are true and correct:

1. *Identification of Claimant.* The Claimant's current name, address, and telephone number are:
   Name: RICHARD DE LUCE
   Address: 620 Sand Hill Rd., Apt. 113E, Palo Alto, CA
   Telephone Number: 650-329-8223

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or Authorized Representative.
- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court, or; (b) a person or entity that gained the rights of ownership of the original owner's claim.
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.

2. *Amount of Distribution.* The Claimant was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $1,092.86. The Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A, and will be docketed as private docket events.

3. *Evidence of Funds Due.* The funds due Claimant were deposited with the Court pursuant to 11 U.S.C. § 347. As evidence thereof, the following document is appended to the Petition (check applicable box):

   - [✓] a copy of the Unclaimed Funds Search web page;
   - [ ] a copy of the court order depositing the funds into the Treasury/Registry as unclaimed;
   - [ ] a copy of the receipt and attached list of parties entitled to the unclaimed funds;
   - [ ] other supporting documentation (please describe): _____

4. *Legal Status of Petitioner.* The following checked statement applies:

   - ( ) Petitioner is the Claimant.
   - ( ) Petitioner is an attorney at law representing the Claimant.
   - (●) Petitioner is the Authorized Representative of the Claimant.
   - ( ) Petitioner is an attorney at law representing the Authorized Representative of the Claimant.
   - ( ) The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim): _____

5. *Authorized Representative of Claimant.* If the Petitioner is the Authorized Representative of the Claimant, or an attorney at law representing the Authorized Representative of the Claimant, append to the Petition a notarized, original power of attorney signed by the Claimant on whose behalf the representative is acting.

2

6. *Status of Successor Claimant.* If the current Claimant is not the original holder of the claim, the following requirements apply:

   (a) *Successor Business.* If Claimant is a Successor Business Claimant, check this box ☐ and append to the Petition the following documents:
   - a notarized power of attorney signed by an officer of the successor business;
   - a statement of the signing officer's authority; and
   - documentation establishing chain of ownership from the Business Claimant.

   (b) *Transferred Claim.* If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☐ and append to the Petition documentation evidencing the transfer of claim.

   (c) *Decedent's Estate.* If the owner of record is deceased and the Claimant is the decedent's estate, check this box ☐ and append to the Petition certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

7. *Verification of Claim.* Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8. *False Statements.* Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowingly and fraudulently made any false statements in this document.

9. *Exhibit A.* Petitioner certifies that the required proofs of identification attached to Exhibit A are legitimate and proper.

10. *Service.* Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this 12th day of March, 2020 to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 2, above, and that payment be forwarded to the Petitioner.

3

Under penalty of perjury, I, the Claimant, or the Authorized Representative of the Claimant, certify that:

1. The information contained herein is true and correct to the best of my knowledge, information, and belief;
2. The Tax ID/Social Security Number on Exhibit A is correct, and;
3. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and;
4. I am (a) an individual who is a U.S. citizen or U.S. resident alien, or (b) a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

_____  8-6-20
(Corporate Seal, if applicable)  Signature of Claimant or Authorized Representative of Claimant  Date

State of California
County of Orange

Before me on Aug 6, 2020 personally appeared the Claimant or the Authorized Representative of Claimant *(insert name and title of signer)* Al Melone, dba ASSET RECOVERY TRUST

personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that (s)he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

(SEAL)

_____
Notary Public

My commission expires on 10/29/2022

MONICA LOZANO-SEVIGNY
Notary Public - California
Orange County
Commission # 2260865
My Comm. Expires Oct 29, 2022

_____
Petitioner's Signature (Bar Number if Attorney)
P.O. Box 4296

Costa Mesa, CA 90628

Petitioner's Address
714-546-8100

Petitioner's Phone Number

IT IS SO ORDERED.
# # #

4